UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ASA CROSS,                               :
                                         :
        Plaintiff,                       :            CIVIL ACTION
                                         :
vs.                                      :            FILE NUMBER
                                         :
SYNTER RESOURCE GROUP,                   :            5:17-cv-00446-MTT
LLC,                                     :
                                         :
        Defendant.

MOTION FOR SUMMARY JUDGMENT

Comes Now Defendant, Synter Resource Group, LLC, and files this Motion

for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil

Procedure.  In support of its Motion, Synter relies upon the Depositions of John

Church and Asa Cross and the Plaintiff's Responses to Defendant's First

Interrogatories to show that there is no genuine issue to any material fact and

Synter is entitled to judgment as a matter of law.

This 10th day of September, 2018.

                                         HAYS POTTER & MARTIN, LLP
                                         Attorneys for Plaintiff


                                              /s/ James W. Hays
3945 Holcomb Bridge Road, Suite 300      James W. Hays
Peachtree Corners, Georgia 30092         Georgia Bar # 340910
Phone:  (770) 934-8858
beau@hpmlawatl.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I have served this Motion for Summary Judgment upon Plaintiff's counsel via CM/ECF:

Cliff Carlson Law, P.C.  
Attn:  Clifford Carlson  
1114-C-1 Highway 96 #347  
Kathleen, GA 31047

Daniels Law LLC  
Attn: Ronald E. Daniels  
P.O. Box 1834  
Perry GA  31069

This 10th day of September, 2018.

HAYS POTTER & MARTIN, LLP  
Attorneys for Plaintiff

3945 Holcomb Bridge Road, Suite 300  
Peachtree Corners, Georgia 30092  
Phone:  (770) 934-8858  
beau@hpmlawatl.com

   /s/ James W. Hays  
James W. Hays  
Georgia Bar # 340910

11553