UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ASA CROSS,                                    :
                                              :
        Plaintiff,                            :          CIVIL ACTION
                                              :
vs.                                           :         FILE NUMBER
                                              :
SYNTER RESOURCE GROUP,                        :         5:17-cv-00446-MTT
LLC,                                          :
                                              :
        Defendant.                            :

STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

In support of its Motion for Summary Judgment, Defendant shows the Court

that the following material facts are not in dispute:

1.     Asa Cross ("Cross") is an individual.

2.     Synter Resource Group, LLC ("Synter") is regularly engaged in collecting

debts from individuals.

3.     Synter was engaged in attempts to collect a FedEx Freight bill from Cross.

4.     Cross acquired a number of pieces of commercial electronic testing

equipment when that equipment was being discarded by its owner, Lockheed

Martin. [Deposition of Asa Cross, pp. 12-17]

5.     Cross stored the equipment in his sister's garage, where it was not used

(with one exception) [Cross Depo., p. 14].

6.     Cross advertised the equipment for sale on eBay, initially advertising only a

few of the items.  [Cross Depo., p. 35]

7.     Cross negotiated a sale of most of the equipment to ANA Instruments, Inc. ("ANA").  [Cross Depo., pp. 37-42]

8.     Cross also sold equipment to two other buyers.  [Cross Depo, p. 36]

9.     Cross took the equipment he was selling to ANA back to his place of work, packed it all on a pallet, which weighed 600 pounds, and took it to the FedEx Freight depot in Macon for shipment to ANA [Cross Depo., pp. 42-44.] using a FedEx Freight bill of lading, which had been prepared by ANA [Cross Depo., p. 68].

10.     It was shipped to the consignee, ANA Instruments, on May 6 and Cross was billed on May 12 for the shipping cost.  [Cross Depo., Exhibit "S"]

11.     ANA ultimately paid Cross approximately $2000.00.  [Cross Depo., p. 48]

12.     Cross sold at least one more item of equipment subsequent to the ANA transaction.  [Cross Depo., p. 38]

13.     The FedEx freight charge for the shipment to ANA was $1,065.36, for which FedEx began sending Cross invoices for the shipping costs.  [Cross Depo., Exhibits M - R].

14.     FedEx Freight placed the account with Synter for collection in November, 2016.   [Deposition of John Church, p. 50, Ex. E]

15.     Synter placed a total of four phone calls to Cross' telephone number.

[Church Depo., Ex. D]

16.    Synter also sent a demand letter to Cross on November 8, which letter contained both the "mini-Miranda" and "validation notice" required under the FDCPA.   [Cross Depo., Ex. S]

17.    The account was closed by Synter on February 5, 2017 pursuant to its collection agreement with FedEx Freight.  [Church Depo., p. 121]

This 10th day of September, 2018.

HAYS POTTER & MARTIN, LLP
Attorneys for Plaintiff


3945 Holcomb Bridge Road, Suite 300
Peachtree Corners, Georgia 30092
Phone:  (770) 934-8858
beau@hpmlawatl.com

____/s/ James W. Hays
James W. Hays
Georgia Bar # 340910

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I have served this Statement of Material Facts Not in Dispute upon Plaintiff's counsel via CM/ECF:

Cliff Carlson Law, P.C.                    Daniels Law LLC
Attn:  Clifford Carlson                    Attn: Ronald E. Daniels
1114-C-1 Highway 96 #347                   P.O. Box 1834
Kathleen, GA 31047                         Perry GA  31069


This 10th day of September, 2018.

                              HAYS POTTER & MARTIN, LLP
                              Attorneys for Plaintiff


                                   /s/ James W. Hays
3945 Holcomb Bridge Road, Suite 300   James W. Hays
Peachtree Corners, Georgia 30092      Georgia Bar # 340910
Phone:  (770) 934-8858
beau@hpmlawatl.com

11553