UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ASA CROSS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| vs. | : | FILE NUMBER |
| | : | |
| SYNTER RESOURCE GROUP, LLC, | : | 5:17-cv-00446-MTT |
| | : | |
| Defendant. | : | |

NOTICE OF FILING DISCOVERY MATERIALS

Comes Now Defendant and files the attached discovery documents,

certifying that these are being used in the within action, in support of Defendant's

Motion for Summary Judgment –

Deposition of John Church
Deposition of Asa Cross
Plaintiff Asa Cross' Responses to Synter Resource Group, LLC's Second Interrogatories to Plaintiff Asa Cross
Plaintiff Asa Cross' Responses to Synter Resource Group, LLC's Second Request for Production of Documents to Plaintiff Asa Cross

This 10th day of September, 2018.

HAYS POTTER & MARTIN, LLP
Attorneys for Plaintiff


_____/s/ James W. Hays_____
James W. Hays
Georgia Bar # 340910

3945 Holcomb Bridge Road, Suite 300
Peachtree Corners, Georgia 30092
Phone: (770) 934-8858
beau@hpmlawatl.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I have served this Notice of Filing Discovery Materials upon Plaintiff's counsel via CM/ECF:

Cliff Carlson Law, P.C.                         Daniels Law LLC
Attn:  Clifford Carlson                          Attn: Ronald E. Daniels
1114-C-1 Highway 96 #347                  P.O. Box 1834
Kathleen, GA 31047                             Perry GA  31069


This 10th day of September, 2018.

                                                      HAYS POTTER & MARTIN, LLP
                                                      Attorneys for Plaintiff


                                                      ___/s/ James W. Hays___
3945 Holcomb Bridge Road, Suite 300     James W. Hays
Peachtree Corners, Georgia 30092            Georgia Bar # 340910
Phone:  (770) 934-8858
beau@hpmlawatl.com

11553