**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

ASA CROSS,
    Plaintiff,
                 :

v.
                 :    Case No. 5:17-cv-00446-MTT

SYNTER RESOURCE GROUP, LLC:
    Defendant.
                 :

**Plaintiff Asa Cross' Responses to Synter Resource Group, LLC's Second**
**Interrogatories to Plaintiff Asa Cross**

COMES NOW, Asa Cross ("Cross") in the above styled action by and through undersigned counsel, pursuant to Rule 33 of the Federal Rules of Civil Procedure, and hereby serves onto Defendant Synter Resource Group, LLC ("Synter"), and their counsel of record the following responses to Synter's Second Interrogatories to Plaintiff Asa Cross.

9. Identify the person who, or entity which, owned the equipment identified in your response to Interrogatory number 8 prior to May 6, 2016.

 **ANSWER:** Asa Cross.

10. If the response to Interrogatory No. 9 is anyone other than Asa Cross, state how the equipment came to be in your possession and why you presented the equipment to FedEx for shipment to ANA Instruments on May 6, 2016.

 **ANSWER:** No response required.

Page 1 of 4
1873-0023

11.    Identify all communications (whether in writing, by email, by text message or any other media) between you and ANA Instruments or between you and Al Landino.

**ANSWER:** See Response to Defendant's Request for Production No. 7.

12.    State all facts which support, evidence or explain your contention that the FedEx freight charge for the shipment to ANA Instruments on May 6, 2016 was a transaction primarily for personal, family or household purposes.

**ANSWER:** Plaintiff is not in the business of buying and selling electronics equipment.

This 28th day of April, 2018.

Clifford Carlson
Georgia Bar No. 227503

Cliff Carlson Law, P.C.
1114-C-1 Highway 96 #347
Kathleen, GA 31047
Telephone 478-254-1018
Facsimile: 888-526-1575
cc@cliffcarlsonlaw.com

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

ASA CROSS,
     Plaintiff,

                                    :

v.                               :     Case No. 5:17-cv-00446-MTT

SYNTER RESOURCE GROUP, LLC:
     Defendant.

## VERIFICATION OF DISCOVERY

     Plaintiff Asa Cross, being duly sworn, deposes and says that I am the plaintiff in this action, that I have read the foregoing answers to interrogatories and know the contents thereof, and the same are true to my knowledge, information and belief.

Executed on      _April_       _28_ , _2018_
                    Month            Day       Year

                    Signature

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

ASA CROSS,               :
    Plaintiff,           :
               :
v.                       :       Case No. 5:17-cv-00446-MTT
               :
               :
SYNTER RESOURCE GROUP, LLC:
    Defendant.           :

### Certificate of Service

I hereby certify that on this day, I sent a copy of the foregoing to the

following by sending US First Class Mail with sufficient postage to ensure

delivery to:

      James W. Hays
      HAYS POTTER & MARTIN, LLP
      3945 Holcomb Bridge Road, Suite 300
      Peachtree Corners, Georgia 30092

This 28th day of April, 2018.

                    Clifford Carlson
                    Georgia Bar No. 227503

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ASA CROSS,                          :
      Plaintiff,                     :
                       :

v.                                  :    Case No. 5:17-cv-00446-MTT
                       :

                       :
SYNTER RESOURCE GROUP, LLC:
      Defendant.                     :

**Plaintiff Asa Cross' Responses to Synter Resource Group LLC's Second Request for Production of Documents to Plaintiff Asa Cross**

COMES NOW, Asa Cross ("Cross") in the above styled action by and through undersigned counsel, pursuant to Rule 34 of the Federal Rules of Civil Procedure, and hereby serves onto Defendant Synter Resource Group, LLC ("Synter"), and their counsel of record the following responses to Synter's Second Request for Production of Documents to Plaintiff Asa Cross.

1.    All correspondence whether in writing, by email, by text message or any other media) between you and ANA Instruments or between you and Al Landino.

    **ANSWER:** See Exhibit A attached hereto.

2.    All documentation which would support, evidence or explain your contention that the FedEx freight charge for the shipment to ANA Instruments on May 6, 2016 was a transaction primarily for personal, family or household purposes.

    **ANSWER:** See Exhibit A attached hereto.

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

ASA CROSS,                                    :
    Plaintiff,                             :
                                           :
v.                                            :          Case No. 5:17-cv-00446-MTT
                                           :
                                           :
SYNTER RESOURCE GROUP, LLC:
    Defendant.                             :

### Certificate of Service

I hereby certify that on this day, I sent a copy of the foregoing to the

following by sending United States Postal Service with sufficient postage to

ensure delivery to:

> James W. Hays
> HAYS POTTER & MARTIN, LLP
> 3945 Holcomb Bridge Road, Suite 300
> Peachtree Corners, Georgia 30092

This 28th day of April, 2018.

_____
Clifford Carlson
Georgia Bar No. 227503

Page 3 of 3
1873-0024



From: **Asa Cross** wuddly11@aol.com
Subject: Ana Instrument e-mails
Date: April 26, 2018 at 3:01 AM
To: Clifford Carlson cc@cliffcarlsonlaw.com

Sent from my iPhone

Begin forwarded message:

From: Sales <Sales@anainstruments.com>
Date: May 3, 2016 at 3:03:32 PM EDT
To: Asa Cross <wuddly11@aol.com>
Subject: Re: equipment list

Asa I would buy the 593 for 200 pass on the 251bs
Thanks Al


Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: Asa Cross <wuddly11@aol.com>
Date: 05/03/2016 2:25 PM (GMT-05:00)
To: Alfred Landino <sales@anainstruments.com>
Subject: Re: equipment list

Did you ever figure anything out about the Elgars?

Sent from my iPhone

On May 3, 2016, at 10:46 AM, Alfred Landino <sales@anainstruments.com> wrote:

Sorry yes both Elgar's 503 and 251B
And yes on the 50 and 70

Thank You
Ana Instruments
540-775-0495


From: Asa Cross [mailto:wuddly11@aol.com]
Sent: Tuesday, May 03, 2016 10:44 AM
To: Alfred Landino <sales@anainstruments.com>
Subject: Re: equipment list

Do you want pictures for just the both types of elgars or just the 251b? Can we do 70.00 on the 5334a and 50 on the 8116a?

Sent from my iPhone

On May 3, 2016, at 10:36 AM, Alfred Landino <sales@anainstruments.com> wrote:

Asa
I would Like the following
5334A's 60.00 x5
6038A  110.00 x2 .
6033A at 110.00

1873-0024-59

3326A at 100
3325A at 100 x2
8116a 40x2
2465cts 100
Let me know what you think
Send over a couple Pictures of the Elgar's if you could

Thank You
Ana Instruments
540-775-0495

**From:** Asa Cross [mailto:wuddly11@aol.com]
**Sent:** Tuesday, May 03, 2016 10:07 AM
**To:** Alfred Landino <sales@anainstruments.com>
**Subject:** Re: equipment list

Hey this is Asa here's the list of everything. Just exclude what you've
already purchased.



Sincerely
Asa Cross
478-338-0472
Warner Robins, Ga 31088

Sent from my iPhone

On May 3, 2016, at 10:01 AM, Alfred Landino
<sales@anainstruments.com> wrote:

> Asa
> Thanks Just send me over the list
> I appreciate it
> My cell is 540-538-4592
> Thank You
> Ana Instruments
> 540-775-0495

1873-0024-60



From: **Asa Cross** wuddly11@aol.com
Subject: Equipment list/ Communication with Al Landino
Date: April 26, 2018 at 2:59 AM
To: Clifford Carlson cc@cliffcarlsonlaw.com

Sent from my iPhone

Begin forwarded message:

From: "Alfred Landino" <sales@anainstruments.com>
Date: May 4, 2016 at 12:28:46 PM EDT
To: "'Asa Cross'" <wuddly11@aol.com>
Subject: RE: equipment list

Yeah we had an Employee Buy a car part they sent him a request he Paid it
They never sent the Part  PayPal told him there was nothing they could do since it was
a request and not an invoice.
So we only do invoices unless its family or friends
it's fairly simple.

Thanks Al

Thank You
Ana Instruments
540-775-0495

From: Asa Cross [mailto:wuddly11@aol.com]
Sent: Wednesday, May 04, 2016 12:25 PM
To: Alfred Landino <sales@anainstruments.com>
Subject: Re: equipment list

Sorry I didn't know there was a difference, first time using PayPal. I will as soon as I
figure it out.

Sent from my iPhone

On May 4, 2016, at 12:05 PM, Alfred Landino <sales@anainstruments.com> wrote:

> Asa
> Could you send a PayPal invoice instead of a request.
> Gives me some Buyer protection that way.
> Thanks Al will pay asap
>
> Thank You
> Ana Instruments
> 540-775-0495
>
> From: Asa Cross [mailto:wuddly11@aol.com]
> Sent: Tuesday, May 03, 2016 11:35 AM
> To: Alfred Landino <sales@anainstruments.com>
> Subject: Re: equipment list

1873-0024-61

Here are the pictures of the elgars. 2 of the 251b's are 400 series and the third is a 9012 series.
<image001.jpg><image002.jpg><image003.jpg><image004.jpg>
<image005.jpg>
Sent from my iPhone

On May 3, 2016, at 10:46 AM, Alfred Landino
<sales@anainstruments.com> wrote:

> Sorry yes both Elgar's 503 and 251B
> And yes on the 50 and 70
>
> Thank You
> Ana Instruments
> 540-775-0495
>
> From: Asa Cross [mailto:wuddly11@aol.com]
> Sent: Tuesday, May 03, 2016 10:44 AM
> To: Alfred Landino <sales@anainstruments.com>
> Subject: Re: equipment list
>
> Do you want pictures for just the both types of elgars or just the 251b? Can we do 70.00 on the 5334a and 50 on the 8116a?
>
> Sent from my iPhone
>
> On May 3, 2016, at 10:36 AM, Alfred Landino
> <sales@anainstruments.com> wrote:
>
>> Asa
>> I would Like the following
>> 5334A's 60.00 x5
>> 6038A  110.00 x2  .
>> 6033A at 110.00
>> 3326A at 100
>> 3325A at 100 x2
>> 8116a 40x2
>> 2465cts 100
>> Let me know what you think
>> Send over a couple Pictures of the Elgar's if you could
>>
>> Thank You
>> Ana Instruments
>> 540-775-0495
>>
>> From: Asa Cross [mailto:wuddly11@aol.com]
>> Sent: Tuesday, May 03, 2016 10:07 AM
>> To: Alfred Landino <sales@anainstruments.com>
>> Subject: Re: equipment list

1873-0024-62

Hey this is Asa here's the list of everything. Just exclude what you've already purchased.



Sincerely
Asa Cross
478-338-0472
Warner Robins, Ga 31088

Sent from my iPhone

On May 3, 2016, at 10:01 AM, Alfred Landino <sales@anainstruments.com> wrote:

> Asa
> Thanks Just send me over the list
> I appreciate it
> My cell is 540-538-4592
> Thank You
> Ana Instruments
> 540-775-0495

1873-0024-63

From: **Asa Cross** wuddly11@aol.com
Subject: FedEx BOL e-mail from Ana Instruments
Date: April 26, 2018 at 2:57 AM
To: Clifford Carlson cc@cliffcarlsonlaw.com

AC

Sent from my iPhone

Begin forwarded message:

From: "SALES@ANAINSTRUMENTS.COM" <sales@Anainstruments.com>
Date: To: "wuddly11@aol.com" <wuddly11@aol.com>
Subject: FedEx BOL

Please open the attached document. This document was digitally sent to you using an HP Digital Sending device.

## UNIFORM STRAIGHT BILL OF LADING ORIGINAL---NOT NEGOTIABLE
SUBJECT TO THE TERMS AND CONDITIONS OF THE UNIFORM BILL OF LADING --- QUESTIONS? CALL 1.866.393.4585

**FedEx Freight**

Date: MAY 6, 2016

Shipper #

Purchase Order #

Shipper #

PLACE PRO LABEL HERE

REQUIRED: Please select a service type
☐ FedEx Freight™ Priority (FXFE)   ☑ FedEx Freight™ Economy (FXNL)

OPTIONAL: You may select a money-back guarantee delivery (charges and tariff limitations may apply).
☐ AM Delivery ☐ Close of Business Delivery

| SHIPPER (from) | | CONSIGNEE (to) |
|---|---|---|
| Shipper: ASA Cross | FXF Acct. # | Consignee: ANA Instruments  50766 7759 |
| Attn. to | Area Code Phone Number 978 338 6472 | Attn. to: AL LANDINO   Area Code Phone Number 540 775 0495 |
| Address: 2750 Roft Ave | | Address: 9008 Will Loop |
| Address (Store, Dept., Ste., Flr., Apt., Div.) | | Address (Store, Dept., Ste., Flr., Apt., Div.) |
| Address | | Address |
| City: MACON | | City: King George |
| State/Province: GA   ZIP/Postal Code 31024   Country: US | | State/Province: VA   22485   Country: US |
| Accessorial Charges ☐ Liftgate ☐ Inside Pickup ☐ Limited Access | | Accessorial Charges ☐ Liftgate ☐ Inside Delivery ☐ Limited Access |
| Shipper Bill of Lading # | | ☐ Custom Delivery Window |
| Special Instructions | | |

**BILL FREIGHT CHARGES TO (if different than above)**

| Name | FXF Acct. # | | Mailing Address | | | |
|---|---|---|---|---|---|---|
| City | | State | ZIP/Postal Code | Country | Area Code | Phone Number |

Freight charges are PREPAID unless marked collect.

CHECK BOX IF COLLECT ☐

C.O.D.

$ _____

AMOUNT

1. The letters "C.O.D." must appear in box before consignee's name above.
2. C.O.D. funds to be collected as: ☐ Certified Funds ☐ Company Check ☐ Personal Check
3. C.O.D. fee to be paid by: ☐ Shipper ☐ Consignee

**REMIT C.O.D. TO (if different than shipper above)**

| Name | | | Mailing Address | | | | |
|---|---|---|---|---|---|---|---|
| City | | State | ZIP/Postal Code | Country | Country Code | Area Code | Phone Number |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper...

| HANDLING UNITS (H/U) | H/U PKG TYPE | PIECES | HM (X) | DESCRIPTION OF ARTICLES, KIND OF PACKAGE, SPECIAL MARKS AND EXCEPTIONS (subject to correction) | WEIGHT IN LBS. | NMFC ITEM # (subject to correction) | CLASS | CUBE |
|---|---|---|---|---|---|---|---|---|
| 1 | palkt | 1 | | Used Test Equiment | 600 | | 77.5 | |

TOTAL H/U:

★ MARK "X" OR "RQ" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS OR REPORTABLE QUANTITY AS DEFINED IN DOT REGULATIONS.

HM EMERGENCY CONTACT PHONE NUMBER ( )

HM EMERGENCY RESPONSE PROVIDER PERSON or CONTRACT #

FOR INTERNATIONAL SHIPMENTS PLEASE INDICATE BELOW THE NAME, FAX NUMBER AND PHONE NUMBER OF THE BROKER

EEI/SED Number or Exception _____

Broker Name _____

Phone # ( )
Fax # ( )

NOTE (1) Where the rate and carrier's liability for loss or damage may be dependent on value, shippers must state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**FOR FREIGHT COLLECT SHIPMENTS**

Subject to Section 7 of conditions of applicable Bill of Lading. If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

1873-0024-64

Note (2) liability limitation for loss or damage on this shipment shall be applicable as provided by contract or in the current NMFC or this carrier's governing tariffs. See FXF 100 Series Rules Tariff for complete limited liability provisions. Carrier's maximum standard liability is limited to $25 per pound per package for NEW articles and $.50 per pound per package for USED or RECONDITIONED articles. In no case shall carrier liability exceed $100,000 per occurrence for NEW articles or $10,000 per occurrence for USED or RECONDITIONED articles. For availability and limits of excess liability coverage and applicable rates and charges, please refer to FXF 100 Series Rules Tariff. Not selecting an additional coverage option is considered to be a waiver of same and standard liability coverage will apply.

☐ Articles are NEW, and require Excess Liability Coverage in the amount of $_____ per pound. Additional charges will apply.

☐ Articles are USED or RECONDITIONED and require Excess Liability Coverage. Additional charges will apply.

NOTE (3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.

Create your next Bill of Lading online at fedex.com/us/freight/main/

---

this shipment without payment of freight and all other lawful charges.

Consignor Signature _____

**SHIPPER CERTIFICATION**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature _____  Date _May 6 16_

**CARRIER CERTIFICATION**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.

| DATE | DRIVER/EMPLOYEE NUMBER | PIECE COUNT | TRAILER # |
|------|------------------------|-------------|-----------|
|      |                        |             |           |

FedEx Freight                                        C0202/1010-FXF

1873-0024-65



From: **Asa Cross** wuddly11@aol.com
Subject: **Ana Instrument E-mail chain**
Date: April 26, 2018 at 2:55 AM
To: Clifford Carlson cc@cliffcarlsonlaw.com

Sent from my iPhone

Begin forwarded message:

From: "ANA Sales" <sales@anainstruments.com>
Date: May 6, 2016 at 1:19:49 PM EDT
To: "Asa Cross" <wuddly11@aol.com>
Subject: Re: equipment list
Reply-To: "ANA Sales" <sales@anainstruments.com>

Hello
We just sent you the BOL
Please get us a Pro Number when you drop it off so we can track it

Thanks
Anainstr
540-775-0495

> ----- Original Message -----
> From: Asa Cross
> To: ANA Sales
> Sent: Friday, May 06, 2016 12:57 PM
> Subject: Re: equipment list
>
> I just need a little clarification do you need my personal address, the address I'm gonna ship it from or the address of the FedEx freight place if you want me to drop it off?
>
> Sent from my iPhone
>
> On May 6, 2016, at 12:54 PM, ANA Sales <sales@anainstruments.com> wrote:
>
>> Hello
>> Can you send me your address for the BOL
>>
>> Thanks
>> Anainstr
>> 540-775-0495
>>
>>> ----- Original Message -----
>>> From: Asa Cross
>>> To: Alfred Landino
>>> Sent: Friday, May 06, 2016 12:49 PM
>>> Subject: Re: equipment list
>>>
>>> 40Wx48Lx42H
>>>
>>> Sent from my iPhone
>>>
>>> On May 6, 2016, at 12:23 PM, Alfred Landino <sales@anainstruments.com> wrote:
>>>
>>>> Ok we will get you a Bol
>>>> Also need a refund on the shipping I already paid for if you could
>>>> We probably need a ship from Address also
>>>> Thank You
>>>> Ana Instruments
>>>> 540-775-0495
>>>>
>>>> From: Asa Cross [mailto:wuddly11@aol.com]
>>>> Sent: Friday, May 06, 2016 12:12 PM
>>>> To: Alfred Landino <sales@anainstruments.com>
>>>> Subject: Re: equipment list
>>>> Hey Al I got everything packed and weighed. the total comes to 600lbs. If you want I can drop it off at the FedEx freight today it's only about 20 mins. away.
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On May 5, 2016, at 9:24 AM, Alfred Landino <sales@anainstruments.com> wrote:
>>>>
>>>>> Ok thanks AL
>>>>> Thank You
>>>>> Ana Instruments
>>>>> 540 775 0495

1873-0024-66

540-775-0495

**From:** Asa Cross [mailto:wuddly11@aol.com]
**Sent:** Thursday, May 05, 2016 9:24 AM
**To:** Alfred Landino <sales@anainstruments.com>
**Subject:** Re: equipment list
Ok I'll try to have the weight for you early Friday but if not it'll be around 4 Friday afternoon.

Sent from my iPhone

On May 5, 2016, at 9:22 AM, Alfred Landino <sales@anainstruments.com> wrote:

> **We will need a day**
> **Thank You**
> **Ana Instruments**
> **540-775-0495**
>
> **From:** Asa Cross [mailto:wuddly11@aol.com]
> **Sent:** Thursday, May 05, 2016 8:40 AM
> **To:** Sales <Sales@anainstruments.com>
> **Subject:** Re: equipment list
> Ok I was just making sure that by the time I had the weight for you you'd still be there. How much notice do you need to schedule a truck?
>
> Sent from my iPhone
>
> On May 5, 2016, at 8:39 AM, Sales <Sales@anainstruments.com> wrote:
>
>> Usually around 630-7pm
>> **Sent from my Verizon Wireless 4G LTE smartphone**
>>
>>
>> -------- Original message --------
>> From: Asa Cross <wuddly11@aol.com>
>> Date: 05/05/2016 8:29 AM (GMT-05:00)
>> To: Alfred Landino <sales@anainstruments.com>
>> Subject: Re: equipment list
>>
>> What time do you work till Friday?
>>
>> Sent from my iPhone
>>
>> On May 4, 2016, at 12:28 PM, Alfred Landino <sales@anainstruments.com> wrote:
>>
>>> **Yeah we had an Employee Buy a car part they sent him a request he Paid it**
>>> **They never sent the Part  PayPal told him there was nothing they could do since it was a request and not an invoice.**
>>> **So we only do invoices unless its family or friends it's fairly simple.**
>>> **Thanks Al**
>>> **Thank You**
>>> **Ana Instruments**
>>> **540-775-0495**
>>>
>>> **From:** Asa Cross [mailto:wuddly11@aol.com]
>>> **Sent:** Wednesday, May 04, 2016 12:25 PM
>>> **To:** Alfred Landino <sales@anainstruments.com>
>>> **Subject:** Re: equipment list
>>> Sorry I didn't know there was a difference, first time using PayPal. I will as soon as I figure it out
>>>
>>> Sent from my iPhone

1873-0024-67

On May 4, 2016, at 12:05 PM, Alfred Landino <<u>sales@anainstruments.com</u>> wrote:

> Asa
> Could you send a PayPal invoice instead of a request.
> Gives me some Buyer protection that way.
> Thanks Al will pay asap
> Thank You
> Ana Instruments
> 540-775-0495
>
> From: Asa Cross
> [mailto:<u>wuddly11@aol.com</u>]
> Sent: Tuesday, May 03, 2016 11:35 AM
> To: Alfred Landino <<u>sales@anainstruments.com</u>>
> Subject: Re: equipment list
> Here are the pictures of the Elgar's. 2 of the 251b's are 400 series and the third is a 9012 series.
> <image001.jpg><image002.jpg>
> <image003.jpg><image004.jpg>
> <image005.jpg>
> Sent from my iPhone
>
> On May 3, 2016, at 10:46 AM, Alfred Landino <<u>sales@anainstruments.com</u>> wrote:
>
>> Sorry yes both Elgar's 503 and 251B
>> And yes on the 50 and 70
>> Thank You
>> Ana Instruments
>> 540-775-0495
>>
>> From: Asa Cross
>> [mailto:<u>wuddly11@aol.com</u>]
>> Sent: Tuesday, May 03, 2016 10:44 AM
>> To: Alfred Landino <<u>sales@anainstruments.com</u>>
>> Subject: Re: equipment list
>> Do you want pictures for just the both types of elgars or just the 251b? Can we do 70.00 on the 5334a and 50 on the 8116a?
>>
>> Sent from my iPhone
>>
>> On May 3, 2016, at 10:36 AM, Alfred Landino <<u>sales@anainstruments.com</u>> wrote:
>>
>>> Asa
>>> I would Like the following
>>> 5334A's 60.00 x5
>>> 6038A  110.00 x2
>>>
>>> 6033A at 110.00

1873-0024-68

3326A at 100
3325A at 100 x2
8116a 40x2
2465cts 100
Let me know
what you think
Send over a
couple Pictures
of the Elgar's if
you could
Thank You
Ana Instruments
540-775-0495

From: Asa Cross
[mailto:wuddly11
@aol.com]
Sent: Tuesday,
May 03, 2016
10:07 AM
To: Alfred
Landino
<sales@anainstr
uments.com>
Subject: Re:
equipment list
Hey this is Asa
here's the list of
everything. Just
exclude what
you've already
purchased.



Sincerely
Asa Cross
478-338-0472
Warner Robins,
Ga 31088

Sent from my
iPhone

On May 3, 2016
at 10:01 AM,
Alfred Landino
<sales@anainstr
uments.com>
wrote:

> Asa
> Than
> ks
> Just
> send

1873-0024-69



me over the list I appreciate it My cell is 540-538-4592 Thank You Ana Instruments 540-775-0495

1873-0024-70