

Providing the finest test equipment solutions since 1992

View Cart   My Account.

**800-517-8431**

Search..

CATALOG    CLEARANCE    PROMOTIONS    REFURBISHED    GOVERNMENT    EDUCATION    CONTACT

<< Used Analog Oscilloscopes
<< Tektronix Used Test Equipment Price List

# Tektronix 2465, 2465A and 2465B Analog Oscilloscopes, Refurbished

- Bandwidth:
  - 2465 - 300 MHz
  - 2465A - 350 MHz
  - 2465B - 400 MHz
- 4 Independent Channels
- 1 ns/div Sweep Rate
- 2 mV/div Vertical Sensitivity
- Cursors and Readout
- Professionally Refurbished
- Aligned and Calibrated to Original Specifications
- Available Options, Below



Tektronix 2465B Shown



Tektronix 2465A Shown

| Product Information | |
| --- | --- |
| Datasheet | 1.4 MB 🅿PDF |
| Ordering Info | 🛒 |
| ❓ PDF Help | |

| Changes between 2465 and 2465A: | Changes between 2465A and 2465B: |
| --- | --- |
| <ul><li>Auto Setup</li><li>Save and Recall Setups</li><li>Write Protection for Saved and Sequenced Setups</li><li>Cursor Measurements on Delayed-sweep displays</li><li>Elapsed-time record embedded in firmware</li><li>Increase in bandwidth from 300 MHz to 400 MHz (350 MHz in 2465A)</li><li>2 mV/div Vertical sensitivity to probe tip at full bandwidth</li><li>Rise time improvement from 1.17 ns to 1 ns</li><li>Two independent B triggers for single- or Dual-channel dual-delay measurements (with CTT Option)</li></ul> | <ul><li>Standard probes changed from P6136 to P6137</li><li>Rise time improvement from 1 ns to .875 ns</li><li>Parametric Measurements: An additional button labeled "MEASUREMENT" was added to the front panel. By pushing "MEASUREMENT" and one additional button mapped with numbers around the vertical mode buttons, you can automatically measure several commonly used parameters:<ol><li>Frequency</li><li>Pulse Width</li><li>Rise Time</li><li>Fall Time</li><li>Time Interval A to B</li><li>Voltage</li></ol></li></ul> |

**Versatile Triggering**

These oscilloscopes can trigger on any one of the four channel. New auto-level circuitry gives you convenient hands-off triggering, even with changing trigger-signal amplitudes. With the position-independent triggering, trigger level remains constant whenever you reposition the display. And the trigger-level readout enables you to preset the amplitude for predictable triggering on both logic thresholds and transient event.

Single-sequence triggering can capture a single event or multiple events by displaying a single sweep of each trace on the CRY. At the ends of the sequence, scale factors and other readout data are briefly displayed and graticule illumination flashes on momentarily, allowing waveform photography.

**Measurement Convenience**

Four channels produce clear and complete views to simplify complex measurements. With the B sweep you can display any portion of the A sweep, including the A-sweep trigger event. Sweep-delay range is adjustable down to zero delay. This combination allows easy timing measurements to be made on highly asymmetric or jittering waveforms. It provides accurate delayed and Δtime measurements--from the first pulse on the trace-- and allows the operator to examine the A-trigger event in detail.

Input impedance is selectable between 1MΩ and 50Ω on Channels 1 and 2, eliminating the need for external 50Ω terminators. Overload protection is also ensured. If excessive signal is applied while 50Ω coupling is selected, coupling automatically switches to 1MΩ coupling to prevent possible damage.

**Environmental**

DEFENDANT'S EXHIBIT
A-AROSS
7/27/18 MBC
PENGAD 800-631-6989

Exceptional electromagnetic compatibility qualities make the 2465/2445 family oscilloscopes attractive for use in high-RF situations such as computer manufacturing, testing, and servicing. These instruments are also UL listed and CSA certified for safety. Their rugged design meets MIL-T - 28800C environmental requirements for Type III, Class 3, Style C equipment.

### Precision Measurements

The 2465 Family oscilloscopes set new norms in measurement precision. With 1% horizontal system accuracy and 2% vertical deflection accuracy, they give you greater measurement confidence than ever before. On-screen vertical and horizontal cursors deliver immediate and accurate results of voltage, time, frequency, ratio, and phase measurements.

Cursors increase accuracy and operator productivity. With them, measurements can be made quickly, with almost no chance of interpretation errors and no CRT linearity error. The front panel controlled Channel 1 - Channel 2 delay-matching adjustment compensates probe and vertical-channel delay differences.

### CRT Readouts

Readouts permit easy setup and interpretation of waveform displays. The horizontal time base always remains calibrated with three significant digits and a decimal point, even if variable settings are used.

## Ordering Information

| Model | Description | Buy Online | Price |
| --- | --- | --- | --- |
| 2465 | Tektronix 2465 Refurbished 4 Ch. Analog Oscilloscope | Buy Now | $1,195.00 |
| 2465A | Tektronix 2465A Refurbished 4 Ch. Analog Oscilloscope | Buy Now | $1,295.00 |
| 2465B | Tektronix 2465B Refurbished 4 Ch. Analog Oscilloscope | Buy Now | $1,495.00 |
| Options | | | |
| OPT-01 | Digital Multimeter | | |
| OPT-05 | TV Waveform Measurement System | | |
| OPT-06 | Counter/Timer/Trigger | | |
| OPT-09 | CTT/Word Recognizer | | Please Call |
| OPT-10 | GPIB Interface | | |
| OPT-11 | Rear Panel Probe Power | | |
| OPT-1R | Configured for Rackmount | | |

Used Equipment Catalog

**PRODUCTS**
Brands
New Equipment
Refurbished Equipment
Brand Promotions
Clearance

**PURCHASE**
Get Quote
Ordering Info
Repairs
Sales Department

**COMPANY**
About Us
Contact Us
Location
Terms & Conditions
Privacy Policy

**ACCOUNT**
My Account
View Cart
Order Status
Send Feedback

**CONNECT**





## 800-517-8431

All Rights Reserved. Copyright © 2018

6/28/2018, 5:24 PM








 **KEYSIGHT** TECHNOLOGIES

🔍    🌐

Hardware    Software    Services & Support    Industries & Technologies    About Keysight    myKeysight

Home > Products > ... > DC Power Supplies > Discontinued DC Power Supplies [Discontinued] > 6033A System Autoranging DC Power Supply, 20V, 30A [Discontinued]

Contact an Expert



Images

# 6033A System Autoranging DC Power Supply, 20V, 30A

**Product Status:** Discontinued | Currently Supported
This product is no longer available

View Data Sheet

Visit Discussion Forums

Explore YouTube Videos

Visit Technical Support

### A replacement for this product is available:

- N6700B Low-Profile Modular Power System Mainframe, 400W, 4 Slots
- N6753A High-Performance Autoranging DC Power Module, 20V, 50A, 300W
- N6700C Low-Profile Modular Power System Mainframe, 400W, 4 Slots
- N5744A DC System Power Supply, 20V, 38A, 760W

- How to Buy or Rent

**Add to My Watchlist**

| Overview & Features | Options & Accessories | Document Library |

### Product Support Center

- Technical Support
  manuals, drivers, application notes, firmware, software, ...
- Parts
- Repair & Calibration Services

## Key Features & Specifications

**Output ratings**

- Voltage: 0 to 20 V
- Current: 0 to 30 A

**Programming accuracy at 25°C ±5°C**

- Voltage: 0.035%, +9 mV
- Current: 0.15%, +20 mA

**Ripple & noise 20 Hz to 20 MHz**

- Voltage rms: 3 mV
- Voltage Peak-to-Peak: 30 mV
- Current rms: 30 mA

**Readback Accuracy at 25°C ±5°C**

- Voltage: 0.07%, +6 mV
- Current: 0.3%, +25 mA

## Description

This product will be discontinued on July 1, 2016. The recommended substitute products are: N5744A or N6700B with N6753A.

Keysight basic DC power supplies offer essential features for a tight budget. The single-output, autoranging 200 W and 1000 W GPIB 6030A-6033A, 6035A, and 6038A provide analog/resistance control of output voltage and current; series and auto-parallel connections of multiple supplies; and built-in measurements and advanced programmable features. The Keysight 240W, single-output 6033A is an efficient solution for large demanding test systems that saves rack space and reduces system complexity.




DEFENDANT'S EXHIBIT
B- Bross
7-27-18  nBC
PENGAD 800-631-6989

# TestEquipment CENTER

## New & Used
## Test Equipment Sales

**Toll Free**
**(844) 392-2698**

Categories    Manufacturers    About Us    FAQ's    Contact    🔍 Enter Search Phrase

### Categories

- AC Power Supplies
- DC Power Supplies
- Electrical Safety
- Fiber Optic Test
- LCR / Impedance
- Oscilloscopes
- Power Quality Analyzers
- RF Network Analyzers
- RF Power Meters / Sensors
- Signal Generators
- Spectrum Analyzers
- Telecommunication Test
- All Categories

### Manufacturers

- Aeroflex
- Agilent
- Associated Research
- California Instruments
- Electrom Instruments
- Fluke
- JDSU
- Keithley
- Rohde - Schwarz
- Sorensen
- Stanford Research
- Tektronix
- All Manufacturers

Home > AC Power Supplies > AC Power Source Mainframes > *Elgar 503A*

## Used Elgar 503A

### 500 VA Three Phase AC Power Source Mainframe

The Elgar 503A 500 VA Three Phase AC Power Source Mainframe is one of our available Used AC Power Source Mainframes.

Test Equipment Center sells Used AC Power Source Mainframes and AC Power Supplies from Elgar, California Instruments, Pacific Power Source, and many other test equipment manufacturers.

**Request your quotation for a Used Elgar 503A from Test Equipment Center now!**

**Elgar 503A**

### Elgar 503A -- Related Product Links

AC Power Supplies > AC Power Source Mainframes

AC Power Supplies > Three Phase AC Power Sources

### Elgar 503A -- Technical Data

Specifications    Description    Features    Options    Downloads

Specifications

📑 Elgar 503A Specifications

Description

Catalogued as: Elgar-503A

Features

Options

Downloads

### Request a Quote

*\* Required Fields*

\* Email Address

\* Name

Company

Phone

Select Country

Select State/Province

Comment / Special Requirements

Submit Request

## WE BUY TEST EQUIPMENT

### Sell Trade-In Consign Your Surplus With Us!

### Test Equipment Center

Contact our buyer with your surplus equipment list

buyer@testequipment.center

TestEquipment CENTER



DEFENDANT'S EXHIBIT
C-CROSS
7/27/18  MBC

PENGAD 800-631-6989



Now Arrivals

Artisan Technology Group ©
101 E. Mercury Drive
Champaign, IL 61822

We securely accept

Tel: 888-88-SOURCE (888-887-6872)
Fax: 888-55-SOURCE (888-557-6872)
sales@artisantg.com

Policies   Sitemap   FAQs   Terms of Use   Copyright   Privacy Policy

Copyright Artisan Technology Group ©
All rights reserved. All logos and trademarks are properties of their respective companies.
Product price, specification, warranty and availability subject to change without notice
Artisan Technology Group ©, Artisan Ecotech ©, and Artisan Scientific © are registered trademarks of Artisan Scientific Corporation.
Artisan Scientific Corporation / Artisan Technology Group is not an authorized distributor of Artesyn Embedded Technologies, Inc. or Artesyn products
Artesyn Embedded Technologies© is a trademark of Artesyn Embedded Technologies, Inc. and is used for identification purposes only.

7/24/2018, 7:10 PM

# 5334A HP Frequency Counter Used

The 5334A is a Frequency Counter from Agilent. When an engineer needs a piece of electronic test equipment that will accurately measure frequency, he or she uses a frequency counter. Frequency counters measure a repetitive electronic signal's oscillations per second. This tool uses a frequency counter, which analyzes the number of oscillations or pulses in a specific time. There are frequency counters designed for radio and microwave frequencies, depending on the application.

### Calibrations

⦿ None

○ NIST Traceable

○ NIST Traceable With Full Data

○ ISO IEC 17025 Accredited

### 💬 REQUEST A QUICK QUOTE



### Details

### Additional Features:

- Frequency, period, rise time, fall time, pulse width and peak amplitude may be measured automatically, all at the touch of a button.

- The ability to enable the operator to store & recall up to 10 front-panel setups.

- An HP-IB interface, which allows programming via a computer for true ATE integration.

The Agilent 5334A comes with 9-digits in one second resolution and 2 ns single-shot time interval resolution.

### Specifications

| | |
|---|---|
| **Manufacturer** | Agilent, HP, Keysight |
| **Condition** | Used |
| **Frequency** | 100 MHz |



DEFENDANT'S
EXHIBIT
E
CROSS
7/27/18  mbc
PENGAD 800-631-6989

 

Providing the finest test equipment solutions since 1992

**800-517-8431**

View Cart   My Account.

Search..

CATALOG        CLEARANCE        PROMOTIONS        REFURBISHED        GOVERNMENT        EDUCATION        CONTACT

<< Used Pulse Generators
<< Hewlett Packard / Agilent Used Test Equipment Price List

# HP / Agilent 8116A
# Pulse/Function Generator, Refurbished



- Sine, triangle, square, and haverfunctions
- 1 MHz to 50 MHz, 32 Vpp for all waveforms
- Variable (10 ns min) pulse width, 6 ns transitions
- Modulation
- Self-prompting operating concept
- Error recognition and self test
- Available Options, Below

Hewlett Packard 8116A Shown



| Product Information | |
| --- | --- |
| Datasheet | PDF |
| Ordering Info | |
| ❷ PDF Help | |

The fully programmable HP 8116A features pulse as well as function generator capabilities in one small unit.  A broad 1 mHz to 50 MHz band for all waveforms and a wide choice of operating and modulating modes assure high flexibility. These factors, plus good repeatability, make the HP 8116A a sound, long-term investment.

### Unique Operating Concept Saves Engineering Time

HP's custom IC's have made it feasible to put the many HP 8116A capabilities into such a small volume. Handling is simplified by a unique, microprocessor-controlled, operating concept that ensures a clear overview of the compact front panel at all times. When the mode and waveform have been selected, illuminated labels show which parameters must be set. There is no clutter, and no confusion.

**Auto-vernier.** In normal mode, the HP 8116A's auto-vernier increments any desired parameter continuously until a stop signal is applied.  This means that thresholds can be measured automatically, without a controller.

**Level or amplitude programming.** The HP 8116A's output can be programmed in terms of high and low levels or in terms of amplitude and offset.  Consequently, a direct, automatic, conversion is always feasible, so that the HP 8116A can be programmed in the same terms as the device is specified.

**Safe Limit.** Devices can be protected by the limit feature. This prevents the output from exceeding a given magnitude.

### Rectangular Waveforms

For such applications as laser diodes or dc motors, square waves can be programmed for constant duty cycles from 10 percent to 90 percent.  For digital test, or for simulating very low duty-cycle events, pulse width can be programmed down to 10 ns.  Square wave and Pulse modes provide clean 6 ns edges that are ideal for many technologies.  Pulse width modulation and pulse recovery capability are available in Pulse mode.

### Sine and Triangle Functions

A ten percent to 90 percent duty cycle, programmable in one percent steps, provides ramps and asymmetrical sine waves for testing VCOs, servos, amplifier linearity, and industrial process-control systems.  Haverfunctions, available in External Trigger, Gate, and Burst modes, extend the applications to such areas as telephone line and vibration testing.

### Modulation

All waveforms can be amplitude or frequency modulated.  VCO operation allows frequency variation over two decades with an external voltage; consequently, transducer output can be conditioned for mag tape recording, or frequency-shift keying or linear sweep can be carried out.

### Option 001

**10 1/2-decade log sweep.** Sweep mode covers the wide 1 mHz to 50 MHz band in a single up sweep.

DEFENDANT'S
EXHIBIT
F Cross
7/27/18  MBC
PENGAD 800-631-6989

Test setups require no more than an X-Y recorder or scope because all necessary control signals are available.   The HP 8116A sweeps can be internally triggered, if desired.

**Accurate, counted bursts.** A preprogrammed number of cycles of any waveform can be generated in Burst mode.  With sine, triangle, and square functions, bursts can be triggered internally as well as externally.

**Hold capability.**  For material stress testing, low-frequency functions can be held at instantaneous levels.  Hold is controlled by an external signal.

### Low-Cost Automation for Bench and Systems

Powerful capability, small size, and wide specified temperature range make the HP 8116A a good choice for automatic test systems.  Also, the low cost means that it's now realistic to automate those routine bench jobs and leave more time for design.  Comfortable software features such as easy syntax and flexible format contribute to rapid system design.

### Operating Confidence

There is reliability in the HP 8116A's output because proper operation is always ensured by the instrument's error detector.   This helps you to recover from an incorrect front panel or programming operation and by indicating the offending parameter.  Also, the built-in test and diagnosis feature verifies correct function each time the instrument is switched on.

top >

### Ordering Information

| Model | Description | Buy Online | Price |
|---|---|---|---|
| 8116A | Agilent / HP 8116A 50MHz Pulse/Function Generator, Refurbished | Buy Now | Sale $695.00 (Reg. $895.00) |
| 8116A-001 | Agilent / HP 8116A-001 50 MHz Pulse Generator, Refurbished | Buy Now | $995.00 |

Used Equipment Catalog

**PRODUCTS**
Brands
New Equipment
Refurbished Equipment
Brand Promotions
Clearance

**PURCHASE**
Get Quote
Ordering Info
Repairs
Sales Department

**COMPANY**
About Us
Contact Us
Location
Terms & Conditions
Privacy Policy

**ACCOUNT**
My Account
View Cart
Order Status
Send Feedback

**CONNECT**







**800-517-8431**

All Rights Reserved. Copyright © 2018

 

View Cart   My Account.

**800-517-8431**

Search..

CATALOG      CLEARANCE      PROMOTIONS      REFURBISHED      GOVERNMENT      EDUCATION      CONTACT

<< Used Audio, Function, Pulse, RF & Signal Generators
<< Hewlett Packard / Agilent Used Test Equipment Price List

## HP / Agilent 3325A
## Synthesizer/Function Generator, Refurbished

- Synthesizer
- Function Generator
- Sweeper
- Programmable
- Available Options, Below



Hewlett Packard 3325A Shown

| Product Information | |
|---|---|
| Datasheet | 353 KB 🔲PDF |
| Ordering Info | 🛒 |
| ❷ PDF Help | |

HP 3225A Synthesizer/Function Generator is an uncompromising, high performance synthesizer with 11 digit resolution, a function generator with precision waveforms, a wideband sweeper, and a fully programmable systems instrument.

### Synthesizer

The HP 3325A is first with microhertz resolution below 100 kHz along with frequency coverage from .000001 Hz to 20.999999999 MHz. Signal purity, accuracy and stability are as good or better than earlier stand-alone HP synthesizers.  Harmonics are 65 dB down below 50 kHz and you can externally modulate with AM and PM.

### Function Generator

The HP 3325A is also a high performance function generator providing precision waveforms with synthesizer accuracy and resolution.  Squarewaves to 10.999999999 MHz have 20 ns rise and fall times.  Triangles and ramps with .05% linearity are available up to 10.999999999 kHz.  All waveforms can be dc and phase offset.

### A Wideband Sweeper

A major contribution is wideband phase continuous sweep, covering up to the full frequency range of each waveform.  Sweep log or linear, single or continuous without the phase discontinuities usually associated with synthesizers.  Phase lock loop testing is made easier.

Make convenient swept frequency network measurement on filters, amplifiers or any passive or active network.  Use the TTL marker to check the frequency of points of interest on a swept frequency display. Use the convenient "zoom" functions DF X 2 and DF/2 to quickly change the frequency span for the display desired.

### Fully Programmable

All necessary functions are programmable on the HP-IB, including frequency, amplitude, all functions, phase and dc offset, modulation, all sweep parameters, amplitude cal and self-test, making the HP 3325A a very versatile and powerful addition to automatic test systems.  The isolated interface combined with floating outputs and inputs and talk mode make the HP 3325A easy to use in Automatic Test Systems.

### More Features

The phase of the output can be changed ± 719.9° with 0.1° resolution.  The phase is advanced (or retarded) with respect to the starting phase.  Two HP 332A units can be phase locked together for dual phase output applications.

DC offset is capable of ± 4.5 Vdc on the standard instrument.  The high voltage option (Opt 002) allows ac voltages up to 40 Vpp and ac + dc up to ± 18 V total (ac peak + dc).



DEFENDANT'S EXHIBIT
G CROSS
7/27/18  MBC
PENGAD 800-631-6989

Ten storage registers can be programmed with ten different combinations of function/parameter settings from the front panel, stored and then recalled.

The HP 3325A can display 11 digits of frequency and 4 digits of volts or millivolts from 1 mV to 10 volts peak to peak. Conversion to RMS or dBm is simple with the touch of a button.

**New Technology**

The HP 3325A provides unprecedented performance per dollar thanks to several major contributions from advances in HP technology. A single loop Fractional-N synthesis technique allows synthesizer accuracy with 11 digits of resolution and, as an added bonus, phase continuous frequency sweep. Fewer parts and integrated circuit technology make the difference. A unique method of triangle and ramp waveform generation provides excellent linearity. Add microprocessor control and Hewlett-Packard Interface Bus (HP-IB) operation and the result is more performance, flexibility and versatility on the bench or in automatic test systems than previously available, and at a lower cost.

top >



| | Ordering Information | | | |
|---|---|---|---|
| **Model** | **Description** | **Buy Online** | **Price** |
| 3325A | Agilent / HP 3325A Synthesizer/Function Generator, Refurbished | Buy Now | Sale $765.00 (Reg. $895.00) |
| 3325A-001-002 | Agilent / HP 3325A001002 Frequency Synthesizer (Hi-Stability Freq Ref & Voltage Output), Refurbished | Buy Now | $1,095.00 |
| | **Options** | | |
| OPT-001 | High Stability Reference for aging rate of ±5 x 10-8/week | | Please Call |
| OPT-002 | High Voltage Output within frequency range of 1 µHz to 1 MHz from 4.00 mVp-p to 40.00 Vp-p | | Please Call |

Used Equipment Catalog

**PRODUCTS**
Brands
New Equipment
Refurbished Equipment
Brand Promotions
Clearance

**PURCHASE**
Get Quote
Ordering Info
Repairs
Sales Department

**COMPANY**
About Us
Contact Us
Location
Terms & Conditions
Privacy Policy

**ACCOUNT**
My Account
View Cart
Order Status
Send Feedback

**CONNECT**







**800-517-8431**

All Rights Reserved. Copyright © 2018








 **KEYSIGHT** TECHNOLOGIES

 

Hardware    Software    Services & Support    Industries & Technologies    About Keysight          myKeysight

Home > Products > ... > DC Power Supplies > Discontinued DC Power Supplies [Discontinued] > 6038A System Autoranging DC Power Supply, 60V, 10A [Discontinued]          Contact an Expert



Images

# 6038A System Autoranging DC Power Supply, 60V, 10A

**Product Status:** Discontinued | Currently Supported
This product is no longer available

View Data Sheet

Explore YouTube Videos

Visit Technical Support

### A replacement for this product is available:

- N6700B Low-Profile Modular Power System Mainframe, 400W, 4 Slots

- N6754A High-Performance Autoranging DC Power Module, 60V, 20A, 300W

- N6700C Low-Profile Modular Power System Mainframe, 400W, 4 Slots

- N5747A DC System Power Supply, 60V, 12.5A, 750W

- How to Buy or Rent

**Add to My Watchlist**

| Overview & Features | Options & Accessories | Document Library |
|---|---|---|

## Key Features & Specifications

### Output ratings
- Voltage: 0 to 60 V
- Current: 0 to 10 A

### Programming accuracy at 25°C ±5°C
- Voltage: 0.035%, +40 mV
- Current: 0.09%, +10 mA

### Ripple & noise 20 Hz to 20 MHz
- Voltage rms: 3 mV
- Voltage Peak-to-Peak: 30 mV
- Current rms: 5 mA

### Readback accuracy at 25°C ±5°C
- Voltage: 0.07%, +50 mV
- Current: 0.2%, +11 mA

## Description

This product will be discontinued on July 1, 2016. The recommended substitute products are: N5747A, N6700B, N6754A.

Keysight basic DC power supplies offer essential features for a tight budget. The single-output, autoranging 200 W and 1000 W GPIB 6030A-6033A, 6035A, and 6038A provide analog/resistance control of output voltage and current; series and auto-parallel connections of multiple supplies; and built-in measurements and advanced programmable features. The Keysight 240W, single-output 6038A is an efficient solution for large demanding test systems that saves rack space and reduces system complexity.

### Product Support Center

- Technical Support
  manuals, drivers, application notes, firmware, software, ...

- Parts

- Repair & Calibration Services





 

*Providing the finest test equipment solutions since 1992*

View Cart  My Account.

**800-517-8431**

Search..

CATALOG    CLEARANCE    PROMOTIONS    REFURBISHED    GOVERNMENT    EDUCATION    CONTACT

<< Used Audio, Function, Pulse, RF & Signal Generators
<< Hewlett Packard / Agilent Used Test Equipment Price List

# HP / Agilent 3326A
# Two-Channel Synthesizer, Refurbished

- Complete Two-Phase Modulation
- Powerful Two-Tone Capability
- Versatile ATE Source
- High Performance Modulation and Pulses
- Other Features
- <u>Available Options, Below</u>

HP 3326A Two-Channel Synthesizer combines two independent synthesizers, flexible modulation, and control circuitry into a single, powerful package.  This single instrument can provide precise phase offset, two-tone sweep, fast frequency switching, internal modulation, and pulse signals for bench or systems use.



**Hewlett Packard 3326A Shown**

| Product Information | |
|---|---|
| Datasheet | 528 KB 📄PDF |
| Ordering Info | 🛒 |
| ❷ PDF Help | |

### Complete Two-Phase Modulation

The HP 3326A can provide two signals whose phase is adjustable and calibrated anywhere in its 13 MHz frequency range without an external phasemeter.

Self-calibration can be performed internally or externally and yields accuracy of ± 0.2 degrees below 100 kHz.  Phase can be set with 0.01 degree resolution at all frequencies.  Using its unique phase-calibration circuitry, calibrated multi-phase signals are easily achieved with two or more HP 3226As.

### Powerful Two-Tone Capability

The HP 3326A is the single-source answer for producing a wide variety of broadband two-tone signals. Its two channels can be offset up to ± 100 kHz, either in the CW mode or while sweeping.

Channel amplitudes and functions (sine or square) can be selected independently and provided from separate outputs or through the built-in signal combiner.  Low sinewave distortion (harmonics are at least -70 dBc below 100 kHz) makes low-distortion intermodulation measurements a simple task.

### Versatile ATE Source

With two complete synthesizers in a single instrument, rack space and power are conserved.  Features like internal amplitude and phase modulation, two-tone, and pulse modes allow this one instrument to do the job of several sources.

All functions, modes, and parameters of the HP 3326A are completely programmable over the HP-IB. Maximum accuracy is ensured with amplitude/phase calibrations that can be enabled, disabled and initiated under remote control.

### High Performance Modulation and Pulses

Precise amplitude and phase modulation is easy with both channels of the HP 3326A.  Each channel can be used with simultaneous AM and PM, or one channel can modulate the other.  Amplitude modulation frequency is dc to 100 kHz and envelope distortion is better than -46 dB.

In the pulse mode both pulse and pulse-complement outputs are provided.  Symmetry range is 1% to 99% and is settable in 0.1% increments.  In addition, both pulse amplitudes and their offsets are independently controllable.

### Other Features

The HP 3326A has a host of convenience features to speed and simplify signal generation.  Nine complete setup states can be stored in nonvolatile memory, along with automatic storage of the power-off state.  A discrete sweep mode is available to generate from 2 to 63 frequency pairs with dwell times individually selectable for each frequency and each channel.  Several flexible triggering modes allow hardware or software triggers to initiate frequency, amplitude, or phase changes, and sweeps.

DC offset is available in all modes, and all outputs are floating.  Frequency resolution is 11 digits, and all sweeps and frequency changes are phase-continuous.



# SIGNAL ANALYZERS
## Spectrum Analyzers, High-performance Portable
HP 8560A, 8561B, 8562A, 8563A





DEFENDANT'S EXHIBIT
K-Cross
7/27/18  MBC
PENGAD 800-631-6989

 

HP 8560A, 8561B, 8562A, 8563A

## HP 8560A and 8561B RF Spectrum Analyzers

The HP 8560A and 8561B offer excellent performance for RF design and service applications. The HP 8560A has a frequency range of 50 Hz to 2.9 GHz and the HP 8561B extends this range up to 6.5 GHz. Both have synthesized tuning for drift-free, accurate measurements. They also have sensitivity of −130 dBm and digital bandwidths of 10, 30, and 100 Hz. Both analyzers meet MIL-T-28800C specifications for ruggedness.

Manual control is simple with an easy-to-use combination of hardkeys and softkeys that minimizes the number of keystrokes required to make measurements. Other measurement features include advanced marker capability and built-in AM and FM demodulators. Hardcopies of results are easily obtained using the analyzers' direct print and plot functions or by using a computer.

Scalar measurement capability is available by adding an optional built-in tracking generator to the HP 8560A or by using the HP 85640A portable tracking generator with either analyzer. For millimeter applications that don't require full microwave coverage, the HP 8560A and 8561B provide lower cost solutions. Both are compatible with HP 11970 series harmonic mixers and HP 11974 series preselected millimeter mixers. For very precise measurements, consider an optional precision frequency reference. It gives frequency accuracy of 150 Hz at 1 GHz. See page 183 for more information on options and accessories.

## HP 8562A and 8563A Microwave Spectrum Analyzers

The HP 8562A and 8563A extend the features and capabilities of the RF members of the HP 8560 series into the microwave frequency range. In addition, both the HP 8562A and the new HP 8563A have standard, preselected frequency ranges of 9 kHz to 22 GHz that can be extended to 26.5 GHz with option 026. Their internal preselector requires no adjustment after 30 minutes at room temperature. This means faster measurements, which can be especially important in automated testing. For millimeter-wave measurements, preselection can be extended to 75 GHz using the HP 11974 series millimeter mixers. Unpreselected frequency range can be extended to 110 GHz using the HP 11970A series mixers and to 325 GHz using mixers from other manufacturers. (See page 187 for more information on HP millimeter mixers.)

The HP 8562A has sensitivity of −110 dBm. The HP 8563A has sensitivity of −120 dBm and digital resolution bandwidths of 10, 30, and 100 Hz. The HP 8563A also features 128 Kbytes of battery-backed RAM that stores up to 100 traces and states; limit-line capability for defining test criteria; and a built-in clock/calendar for stamping traces and other output data. (These features can be added to the HP 8562A with the mass memory module accessory.) Enhance the capabilities of both the HP 8562A and the 8563A with any of the accessories described on page 183.

© Keysight Technologies
Reproduced with Permission, Courtesy of Keysight Technologies

## Specifications

### Frequency
**Frequency range**
HP 8560A: 50 Hz to 2.9 GHz (dc-coupled); 100 kHz to 2.9 GHz (ac-coupled)
HP 8561B: 50 Hz to 6.5 GHz (dc-coupled); 100 kHz to 6.5 GHz (ac-coupled)
HP 8562A: 9 kHz to 22 GHz; 9 kHz to 26.5 GHz (option 026)
HP 8563A: 9 kHz to 22 GHz; 9 kHz to 26.5 GHz (option 026)

| Harmonic mode (n) | Center frequency |
|---|---|
| 1 | 9 kHz - 2.9 GHz |
| 1 | 2.75 GHz - 6.46 GHz |
| 2 | 5.86 GHz - 13.0 GHz |
| 3 | 12.4 GHz - 19.7 GHz |
| 4 | 19.1 GHz - 22 GHz |
| 4 | 19 GHz - 26.5 GHz (opt 026) |

**Frequency readout accuracy (start, stop, center, or marker):** ±(freq readout x freq ref acc'y + 5% x span + 15% x RBW + 10 Hz)
**Counter resolution:** 10 Hz - 1 MHz (HP8562A, selectable); 1 Hz - 1MHz (HP 8560A, 8561B, 8563A selectable)
**Marker counter accuracy (S/N ≥ 25 dB):** ±(marker freq x freq ref acc'y + 50 Hz x n + 1 LSD)
**Delta counter accuracy (S/N ≥ 25 dB):** ±(delta freq x freq ref acc'y + 100 Hz x n + 2 LSD)
**Frequency reference accuracy (after 5-min warmup)**
HP 8560A, 61B, 62A Standard: < 4 x 10^-6/yr (includes aging, temp drift, settability)
Option 003 precision frequency reference (standard on HP 8563A): < 0.13 x 10^-6/yr (includes aging, temp drift, settability, 15-min warmup)
**Residual FM (zero span)**
HP 8560A and 8561B: < 10 Hz p-p in 20 ms (<2 Hz p-p w/opt 003)
HP 8562A: < 50 Hz x n p-p in 100 ms (<2 Hz x N p-p w/opt 003)
HP 8563A: <2 Hz x N p-p
**Spectral purity**
Noise sidebands: <(−100 + 20 log n) dBc/Hz at 30 kHz offset
**Frequency span**
Range
HP 8560A: 0 Hz, 100 Hz to 2.9 GHz
HP 8561B: 0 Hz, 100 Hz to 6.5 GHz
HP 8562A: 0 Hz, 2.5 kHz x N to 19.25/23.75 GHz (opt 026)
HP 8563A: 0 Hz, 100 Hz x N to 19.25/23.75 GHz (opt 026)
Accuracy: <±5%
**Resolution bandwidth (−3 dB)**
Range
HP 8560A, 8561B and 8563A: 10 Hz - 1 MHz in a 1,3,10 sequence, and 2 MHz
HP 8562A: 100 Hz - 1 MHz in a 1,3,10 sequence, and 2 MHz
Accuracy
HP 8560A, 8561B and 8563A: ±10% (10 Hz to 300 kHz); ±25% (1 MHz, 2 MHz)
HP 8562A: ± 30% (100 Hz); ±10% (300 Hz to 300 kHz); ±25% (1 MHz, 2 MHz)
**Selectivity (−60 dB/−3 dB)**
HP 8560A, 8561B and 8563A: < 5:1 (RBW ≤ 100 Hz); < 15:1 (RBW > 100 Hz)
HP 8562A: < 15:1
**Video bandwidth**
Range: 1 Hz - 3 MHz in a 1,3,10 sequence

### Amplitude Range
**Amplitude range:** +30 dBm to displayed average noise level
**Maximum safe input**
Average continuous power: +30 dBm (1 W) with input atten > 10 dB
Peak pulse power: +50 dBm (100 W) with input atten ≥ 30 dB for < 10 μsec pulse width and < 1% duty cycle
dc: 0 Volts

### Display range
**Display:** 10 x 10 division graticule
**Calibration:** log = 10,5,2, and 1 dB per division; linear = 10% of reference level/division
**Reference level range:** log = −120 to +30 dBm in 0.1 dB steps; linear = 2.2 μVolts to 7.07 Volts in 1% steps
**Input attenuation range:** 0 to 70 dB in 10 dB steps

### Dynamic Range
**Maximum dynamic range**
Compression to noise
HP 8560A: 125 dB
HP 8561B and 8563A: 128 dB
HP 8562A: 118 dB
Signal to distortion, harmonic
HP 8560A: 81 dB
HP 8561B and 8563A: 81 dB (< 2.9 GHz), 110 dB (≥ 2.9 GHz)
HP 8562A: 76 dB (< 2.9 GHz), 105.5 dB (≥ 2.9 GHz)
Signal to distortion, intermodulation
HP 8560A: 90 dB
HP 8561B and 8563A: 90 dB (< 2.9 GHz), 92 dB (≥ 2.9 GHz)
HP 8562A: 83 dB (< 2.9 GHz), 86 dB (≥ 2.9 GHz)
**Displayed average noise level (minimum RBW, 0 dB input attenuation, 1 Hz video BW, no signal at input)**

| Frequency | HP 8560A | HP 8561B | HP 8562A | HP 8563A |
|---|---|---|---|---|
| 10 kHz | −103 dBm | −103 dBm | −90 dBm | −103 |
| 100 kHz | −110 dBm | −110 dBm | −100 dBm | −110 |
| 1 MHz - 2.9 GHz | −130 dBm | −130 dBm | −120 dBm | −130 |
| 2.75 GHz - 6.46 GHz | | −131 dBm | −121 dBm | −131 |
| 5.86 GHz - 13.0 GHz | | | −110 dBm | −120 |
| 12.4 GHz - 19.7 GHz | | | −105 dBm | −115 |
| 19.1 GHz - 22.0 GHz | | | −100 dBm | −110 |

**1 dB gain compression:** −5 dBm at input mixer (10 MHz - 2.9 GHz); −3 dBm at input mixer (> 2.75 GHz)
**Spurious responses (signals generated by analyzer due to input signals):** for mixer level < −40 dBm, > 60 dB below input signal for frequencies < 6.46 GHz
**Second harmonic distortion**

| Frequency | Mixer Level | HP 8560A | HP 8561B | HP 8562A/8563A |
|---|---|---|---|---|
| 50 Hz - 10 MHz | −40 dBm | −60 dBc | −60 dBc | |
| 10 MHz - 2.9 GHz | −40 dBm | −72 dBc | −72 dBc | −72 dBc |
| > 2.75 GHz | −10 dBm | | −100 dBc | −100 dBc |

**Third-order intermodulation (two −30 dBm signals at mixer):** −64 dBc, 50 Hz - 10 MHz (HP 8560A and 8561B); −70 dBc, 10 MHz - 2.9 GHz; −75 dBc, > 2.75 GHz (HP 8561B, 8562A, 8563A)
**Image, multiple, and out-of-band responses:** < −70 dBc, 10 MHz - 22 GHz; < −60 dBc, 10 MHz - 22 GHz
**Residual responses (no signal at input, 0 dB input atten):** < −90 dBm, > 200 kHz

### Amplitude Accuracy
**Frequency response (relative)**
HP 8560A: ±1.0 dB (dc-coupled)
HP 8561B: ±1.0 dB (dc-coupled, 50 Hz - 2.9 GHz); ±1.5 dB (dc-coupled, 2.75 - 6.5 GHz)
HP 8562A/8563A

| Frequency Range | HP 8562A/8563A |
|---|---|
| 9 kHz - 2.9 GHz | ±1.0 dB |
| 2.75 - 6.46 GHz | ±1.5 dB |
| 5.86 - 13.0 GHz | ±2.0 dB |
| 12.4 - 19.7 GHz | ±3.0 dB |
| 19.1 - 22.0 GHz | ±3.0 dB |
| 19.1 - 26.5 GHz (opt 026) | ±3.0 dB |

© Keysight Technologies
Reproduced with Permission, Courtesy of Keysight Technologies

# SIGNAL ANALYZERS
## Spectrum Analyzers, High-performance Portable (cont'd)
### HP 8560A, 8561B, 8562A, 8563A

**Calibrator accuracy:** ±0.3 dB
**IF gain uncertainty:** ±1 dB for 0 dBm to −80 dBm reference level
**Scale fidelity:** ±0.4 dB/4 dB to a maximum of ±1.5 dB over 0 - 90 dB range; linear, ±3% of reference level
**Input attenuator switching accuracy (with 20 - 70 dB settings referenced to 10 dB):** < 2.9 GHz ±0.6 dB/10 dB step, ±1.8 dB max
**Resolution bandwidth switching uncertainty:** ±0.5 dB referenced to 300 kHz BW
**Pulse digitization uncertainty (pulse-response mode, PRF > 720/sweeptime)**
　**Log (peak to peak):** 1.25 dB (RBW ≤ 1 MHz), 3 dB (RBW = 2 MHz)
　**Linear (peak to peak):** 4% of ref level (RBW ≤ 1 MHz); 12% of ref level, (RBW = 2 MHz) nominal standard deviation 0.2 dB

## Sweep
**Sweep time**
　**Range:** 50 µs to 60 s (zero span); 50 ms to 100 s (span>0)
**Sweep trigger:** free run, line, single, video, external

## Demodulation
**Modulation type:** AM and FM
**Audio output:** speaker and phone jack with volume control

## Inputs and Outputs (All values are nominal)
**Front-panel connectors**
　**RF input:** Precision type-N female, impedance 50 ohms
　　**VSWR:** < 1.5:1 for < 2.9 GHz and ≥ 10 dB input atten; < 2.3:1 for > 2.9 GHz and ≥ 10 dB input atten
　　**LO emission level (average):** with 10 dB input atten, < −80 dBm
　**Second IF input:** SMA female, frequency 310.7 MHz; NF 7 dB,
　**First LO output:** SMA female, impedance 50 ohms; freq range 3.0000 - 6.8107 GHz; amplitude +16.5 dBm ±2 dB (20° - 30° C); +14.5 dBm ± 2 dB (HP 8560A opt 002)
　**Calibrator output:** BNC female, impedance 50 ohms
**Rear-panel connectors**
　**10 MHz reference (input/output):** BNC female, impedance 50 ohms; input range −2 to +10 dBm
　**Video output:** BNC female, impedance 50 ohms (dc-coupled)
　**LO sweep/0.5 V per GHz output:** shared BNC female, impedance 2,000 ohms (dc-coupled); LO sweep output 0 to +10 V (no load)
　**External trigger input:** BNC female, impedance > 10,000 ohms; trigger level, rising edge of TTL level
　**HP-IB**
　　**Interface functions:** SH1, AH1, T6, TE0, L4, LE0, SR1, RL1, PP1, PC1, DT1, C1, C28
　　**Direct plotter outputs:** HP 7440A, 7470A, 7475A, 7550A
　　**Printers:** HP 3630A PaintJet, HP 2225A ThinkJet; other printers with IEEE 488 interface may work

## General Specifications
**Environmental**
　**Military specifications:** meets MIL-T-28800C, Type III, Class 3, Style C
　**Calibration interval:** 1 year
　**Warmup:** 5 minutes from ambient conditions
　**Temperature:** −10° to +55° C, operating; −62° to +85° C, not operating
　**Humidity:** 95% at 40° C for 5 days
　**Altitude:** 15,000 ft, operating; 50,000 ft, not operating
　**Rain resistance:** drip-proof at 16 liters/hour/square foot
　**Vibration:** 0.059 inch p-p excursion (5 - 15 Hz); 0.039 inch p-p excursion (15 - 25 Hz); 0.020 inch p-p excursion (25 - 55 Hz)
　**Pulse shock:** half sine, 30 g's for 11 ms duration
　**Transit drop:** 8-inch drop on 6 faces and 8 corners
　**Electromagnetic compatibility:** conducted and radiated interference in compliance with CISPR publication 11 (1985) and FTZ 526/527/79. Meets MIL-STD 461B, Part 4, with exceptions noted below
　　**Conducted emissions:** CE01 (narrowband), 1 - 15 kHz only; CE03 (narrowband), full limits; CE03 (broadband), 20 dB relaxation from 15 - 100 kHz
　　**Conducted susceptibility:** CS01, full limits; CS02, full limits; CS06, full limits
　　**Radiated emissions:** RE01, 15 db relaxation to 28 kHz and exceptioned from 28 - 50 kHz; RE02, full limits < 1 GHz

**Radiated susceptibility:** RS01, full limits; RS02, exceptioned; RS03, limited to 1 V/meter from 14 kHz - 1 GHz with 20 dB relaxation at IF frequencies
**Power requirements**
　**115 Vac operation:** voltage 90 - 140 V rms; current 3.2 A rms Max; frequency, 47 - 440 Hz
　**230 Vac operation:** voltage 180 - 250 V rms; current 1.8 A rms Max; frequency 47 - 66 Hz
**Maximum power dissipation:** 180 Watts
**Nominal audible noise:** 5.0 Bels power at room temp (ISO DP7779)
**Nominal weight**
　**HP 8560A:** 18.2kg (40lb)
　**HP 8561B, 8562A and 8563A:** 20 kg (44 lb)
**Size:** 163H x 325W x 427mmD (nominal, without handle, feet, or cover)

## Option 002 Built-in Tracking Generator (HP 8560A only)
**Frequency**
　**Frequency range:** 300 kHz - 2.9 GHz
　**Tracking drift:** useable in 1 kHz RBW after 5-minute warmup; useable in 300 Hz RBW after 30-minute warmup
　**Minimum useable RBW:** 300 Hz
**Amplitude**
　**Output level:** −10 to +1 dBm
　**Resolution:** 0.1 dB
　**Accuracy**
　　**Vernier:** ±0.20 dB/dB, ±0.5 dB max (25° C + 10° C)
　　**Absolute:** ±0.75 dB
　　**Level flatness:** ±2.0 dB
　　**Return loss:** 10 dB
　**Dynamic range:** 96 dB at 300 kHz - 1 MHz; 116 dB at 1 MHz - 2.7 GHz; 111 dB at 2.7 - 2.9 GHz
**Power sweep:** 10 dB range, 0.1 dB resolution
**Input/output**
　**RF output (front panel):** type-N, 50-ohm nominal
　**Ext ALC input (rear panel):** BNC female; use with negative detector

## Ordering Information
**HP 8560A** RF spectrum analyzer
**HP 8561B** RF spectrum analyzer
**HP 8562A** microwave spectrum analyzer
**HP 8563A** microwave spectrum analyzer
**Options**
　Opt 001 second IF output
　Opt 002 built-in tracking generator (HP 8560A only)
　Opt 003 precision frequency reference
　Opt 026 extended frequency coverage to 26.5 GHz (HP 8562A and 8563A)
　Opt T01 TEMPEST compliant (HP 8562A only)
　Opt 908 rackmount kit without handles
　Opt 909 rackmount kit with handles
　Opt 915 support documentation package
　Opt 916 extra quick reference guide (HP 8560A, 8561B and 8563A) or extra pocket operating guide (HP 8562A)
　Opt W30 extended repair service. See page 723.
　　for HP 8560A
　　for HP 8561B
　　for HP 8562A
　　for HP 8563A
　Opt W32 calibration service. See page 723.
　　for HP 8560A
　　for HP 8561B
　　for HP 8562A
　　for HP 8563A
**HP 85620A** mass memory module
　Opt T01 TEMPEST compliant
**HP 85629B** test and adjustment module
**HP 85640A** tracking generator
**HP 85700A** 32 Kbyte RAM memory card
**HP 85710A** digital radio measurement personality
**HP 85901A** portable ac power source

© Keysight Technologies
Reproduced with Permission, Courtesy of Keysight Technologies



From: **Asa Cross** wuddly11@aol.com
Subject: Ana Instrument e-mails
Date: April 26, 2018 at 3:01 AM
To: Clifford Carlson cc@cliffcarlsonlaw.com

Sent from my iPhone

Begin forwarded message:

> From: Sales <Sales@anainstruments.com>
> Date: May 3, 2016 at 3:03:32 PM EDT
> To: Asa Cross <wuddly11@aol.com>
> Subject: Re: equipment list
>
> Asa I would buy the 593 for 200 pass on the 251bs
> Thanks Al
>
>
> Sent from my Verizon Wireless 4G LTE smartphone
>
>
> -------- Original message --------
> From: Asa Cross <wuddly11@aol.com>
> Date: 05/03/2016 2:25 PM (GMT-05:00)
> To: Alfred Landino <sales@anainstruments.com>
> Subject: Re: equipment list
>
> Did you ever figure anything out about the Elgars?
>
> Sent from my iPhone
>
> On May 3, 2016, at 10:46 AM, Alfred Landino <sales@anainstruments.com> wrote:
>
>> Sorry yes both Elgar's 503 and 251B
>> And yes on the 50 and 70
>>
>> Thank You
>> Ana Instruments
>> 540-775-0495
>>
>>
>> From: Asa Cross [mailto:wuddly11@aol.com]
>> Sent: Tuesday, May 03, 2016 10:44 AM
>> To: Alfred Landino <sales@anainstruments.com>
>> Subject: Re: equipment list
>>
>> Do you want pictures for just the both types of elgars or just the 251b? Can we do 70.00 on the 5334a and 50 on the 8116a?
>>
>> Sent from my iPhone
>>
>> On May 3, 2016, at 10:36 AM, Alfred Landino <sales@anainstruments.com> wrote:
>>
>>> Asa
>>> I would Like the following
>>> 5334A's 60.00 x5
>>> 6038A 110.00 x2 .
>>> 6033A at 110.00

1873-0024-59


DEFENDANT'S EXHIBIT
L CROS
7/27/18  MBC
PENGAD 800-631-6989

3325A at 100
3325A at 100 x2
8116a 40x2
2465cts 100
Let me know what you think
Send over a couple Pictures of the Elgar's if you could

Thank You
Ana Instruments
540-775-0495

**From:** Asa Cross [mailto:wuddly11@aol.com]
**Sent:** Tuesday, May 03, 2016 10:07 AM
**To:** Alfred Landino <sales@anainstruments.com>
**Subject:** Re: equipment list

Hey this is Asa here's the list of everything. Just exclude what you've already purchased.



Sincerely
Asa Cross
478-338-0472
Warner Robins, Ga 31088

Sent from my iPhone

On May 3, 2016, at 10:01 AM, Alfred Landino <sales@anainstruments.com> wrote:

> Asa
> Thanks Just send me over the list
> I appreciate it
> My cell is 540-538-4592
> Thank You
> Ana Instruments
> 540-775-0495

1873-0024-60

From: **Asa Cross** wuddly11@aol.com
Subject: Equipment list/ Communication with Al Landino
Date: April 26, 2018 at 2:59 AM
To: Clifford Carlson cc@cliffcarlsonlaw.com



Sent from my iPhone

Begin forwarded message:

From: "Alfred Landino" <sales@anainstruments.com>
Date: May 4, 2016 at 12:28:46 PM EDT
To: "Asa Cross" <wuddly11@aol.com>
Subject: RE: equipment list

Yeah we had an Employee Buy a car part they sent him a request he Paid it
They never sent the Part  PayPal told him there was nothing they could do since it was
a request and not an invoice.
So we only do invoices unless its family or friends
it's fairly simple.

Thanks Al

Thank You
Ana Instruments
540-775-0495

**From:** Asa Cross [mailto:wuddly11@aol.com]
**Sent:** Wednesday, May 04, 2016 12:25 PM
**To:** Alfred Landino <sales@anainstruments.com>
**Subject:** Re: equipment list

Sorry I didn't know there was a difference, first time using PayPal. I will as soon as I
figure it out.

Sent from my iPhone

On May 4, 2016, at 12:05 PM, Alfred Landino <sales@anainstruments.com> wrote:

> Asa
> Could you send a PayPal invoice instead of a request.
> Gives me some Buyer protection that way.
> Thanks Al will pay asap
>
> Thank You
> Ana Instruments
> 540-775-0495
>
> **From:** Asa Cross [mailto:wuddly11@aol.com]
> **Sent:** Tuesday, May 03, 2016 11:35 AM
> **To:** Alfred Landino <sales@anainstruments.com>
> **Subject:** Re: equipment list

Here are the pictures of the elgars. 2 of the 251b's are 400 series and the third is a 9012 series.
<image001.jpg><image002.jpg><image003.jpg><image004.jpg>
<image005.jpg>
Sent from my iPhone

On May 3, 2016, at 10:46 AM, Alfred Landino
<sales@anainstruments.com> wrote:

> Sorry yes both Elgar's 503 and 251B
> And yes on the 50 and 70
>
> Thank You
> Ana Instruments
> 540-775-0495
>
>
> **From:** Asa Cross [mailto:wuddly11@aol.com]
> **Sent:** Tuesday, May 03, 2016 10:44 AM
> **To:** Alfred Landino <sales@anainstruments.com>
> **Subject:** Re: equipment list
>
> Do you want pictures for just the both types of elgars or just the 251b? Can we do 70.00 on the 5334a and 50 on the 8116a?
>
> Sent from my iPhone
>
> On May 3, 2016, at 10:36 AM, Alfred Landino
> <sales@anainstruments.com> wrote:
>
> > Asa
> > I would Like the following
> > 5334A's 60.00 x5
> > 6038A 110.00 x2 .
> > 6033A at 110.00
> > 3326A at 100
> > 3325A at 100 x2
> > 8116a 40x2
> > 2465cts 100
> > Let me know what you think
> > Send over a couple Pictures of the Elgar's if you could
> >
> > Thank You
> > Ana Instruments
> > 540-775-0495
> >
> >
> > **From:** Asa Cross [mailto:wuddly11@aol.com]
> > **Sent:** Tuesday, May 03, 2016 10:07 AM
> > **To:** Alfred Landino <sales@anainstruments.com>
> > **Subject:** Re: equipment list

1873-0024-62

Hey this is Asa here's the list of everything. Just exclude what you've already purchased.



Sincerely
Asa Cross
478-338-0472
Warner Robins, Ga 31088

Sent from my iPhone

On May 3, 2016, at 10:01 AM, Alfred Landino <sales@anainstruments.com> wrote:

> Asa
> Thanks Just send me over the list
> I appreciate it
> My cell is 540-538-4592
> Thank You
> Ana Instruments
> 540-775-0495

1873-0024-63



From: **Asa Cross** wuddly11@aol.com
Subject: FedEx BOL e-mail from Ana Instruments
Date: April 26, 2018 at 2:57 AM
To: Clifford Carlson cc@cliffcarlsonlaw.com

Sent from my iPhone

Begin forwarded message:

From: "SALES@ANAINSTRUMENTS.COM" <sales@Anainstruments.com>
Date: To: "wuddly11@aol.com" <wuddly11@aol.com>
Subject: FedEx BOL

Please open the attached document. This document was digitally sent to you using an HP Digital Sending device.

---

## UNIFORM STRAIGHT BILL OF LADING ORIGINAL---NOT NEGOTIABLE
SUBJECT TO THE TERMS AND CONDITIONS OF THE UNIFORM BILL OF LADING --- QUESTIONS? CALL 1.866.393.4585

**FedEx Freight**

| | |
|---|---|
| Date MAY 6, 2016 | Purchase Order # |
| Shipper # | Shipper # |

REQUIRED: Please select a service type
☐ FedEx Freight™ Priority (FXFE)   ☑ FedEx Freight™ Economy (FXNL)

OPTIONAL: You may select a money-back guarantee delivery (charges and tariff limitations may apply).
☐ AM Delivery   ☐ Close of Business Delivery

PLACE PRO LABEL HERE

**SHIPPER (from)** — Please provide ZIP codes and phone numbers. — **CONSIGNEE (to)**

Shipper: ASA Cross — FXF Acct. # — Consignee: ANA Instruments  5076671759
Attn. to — Area/Ph. Phone Number 478 338 0472 — Attn. to AL LANDINO  540 775 0495
Address: 2750 Roff Ave — Address: 9008 Will Loop
Address (Store, Dept., Ste., Flr., Apt., Div.) — Address (Store, Dept., Ste., Flr., Apt., Div.)
Address — Address
City: MACON — City: King George
State/Province GA  ZIP/Postal Code 31024  Country US — State/Province VA  22485  Country US
Accessorial Charges ☐ Liftgate ☐ Inside Pickup ☐ Limited Access — Accessorial Charges ☐ Liftgate ☐ Inside Delivery ☐ Limited Access
Shipper Bill of Lading # — ☐ Custom Delivery Window
Special Instructions

**BILL FREIGHT CHARGES TO (if different than above)**

| Name | | | | | |
|---|---|---|---|---|---|
| | FXF Acct. # | | Mailing Address | | |
| City | State | ZIP/Postal Code | Country | Area Code | Phone Number |

Freight charges are PREPAID unless marked collect.
CHECK BOX IF COLLECT ☐

C.O.D.  $ _____  AMOUNT

1. The letters "C.O.D." must appear in box before consignee's name above.
2. C.O.D. funds to be collected as: ☐ Certified Funds  ☐ Company Check  ☐ Personal Check
3. C.O.D. fee to be paid by: ☐ Shipper  ☐ Consignee

**REMIT C.O.D. TO (if different than shipper above)**

| Name | | | | | | |
|---|---|---|---|---|---|---|
| | | Mailing Address | | | | |
| City | State | ZIP/Postal Code | Country | Country Code | Area Code | Phone Number |

| HANDLING UNITS (H/U) | H/U PKG TYPE | PIECES | HM (X) | DESCRIPTION OF ARTICLES, KIND OF PACKAGE, SPECIAL MARKS AND EXCEPTIONS (Subject to correction) | WEIGHT IN LBS. | NMFC ITEM * (subject to correction) | CLASS | CUBE |
|---|---|---|---|---|---|---|---|---|
| 1 | palkt/ | | | Used Test Equiment | 600 | | 77.5 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

TOTAL H/U:

★ MARK "X" OR "RQ" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS OR REPORTABLE QUANTITY AS DEFINED IN DOT REGULATIONS.

HM EMERGENCY CONTACT PHONE NUMBER ( )
HM EMERGENCY RESPONSE PROVIDER PERSON or CONTRACT #

FOR INTERNATIONAL SHIPMENTS PLEASE INDICATE BELOW THE NAME, FAX NUMBER AND PHONE NUMBER OF THE BROKER.

EEI/SED Number or Exception _____  Phone # ( )
Broker Name  Fax # ( )

NOTE (1) Where the rate and carrier's liability for loss or damage may be dependent on value, shippers must state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**FOR FREIGHT COLLECT SHIPMENTS**
Subject to Section 7 of conditions of applicable Bill of Lading. If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

1873-0024-64



From: **Asa Cross** wuddly11@aol.com
Subject: **Ana Instrument E-mail chain**
Date: April 26, 2018 at 2:55 AM
To: Clifford Carlson cc@cliffcarlsonlaw.com

Sent from my iPhone

Begin forwarded message:

From: "ANA Sales" <sales@anainstruments.com>
Date: May 6, 2016 at 1:19:49 PM EDT
To: "Asa Cross" <wuddly11@aol.com>
Subject: Re: equipment list
Reply-To: "ANA Sales" <sales@anainstruments.com>

Hello
We just sent you the BOL
Please get us a Pro Number when you drop it off so we can track it

Thanks
Anainstr
540-775-0495

----- Original Message -----
From: **Asa Cross**
To: **ANA Sales**
Sent: Friday, May 06, 2016 12:57 PM
Subject: Re: equipment list

I just need a little clarification do you need my personal address, the address I'm gonna ship it from or the address of the FedEx freight place if you want me to drop it off?

Sent from my iPhone

On May 6, 2016, at 12:54 PM, ANA Sales <sales@anainstruments.com> wrote:

Hello
Can you send me your address for the BOl

Thanks
Anainstr
540-775-0495

----- Original Message -----
From: **Asa Cross**
To: **Alfred Landino**
Sent: Friday, May 06, 2016 12:49 PM
Subject: Re: equipment list

40Wx48Lx42H

Sent from my iPhone

On May 6, 2016, at 12:23 PM, Alfred Landino <sales@anainstruments.com> wrote:

**Ok we will get you a Bol**
**Also need a refund on the shipping I already paid for if you could**
**We probably need a ship from Address also**
**Thank You**
**Ana Instruments**
**540-775-0495**

From: Asa Cross [mailto:wuddly11@aol.com]
Sent: Friday, May 06, 2016 12:12 PM
To: Alfred Landino <sales@anainstruments.com>
Subject: Re: equipment list
Hey Al I got everything packed and weighed. the total comes to 600lbs. If you want I can drop it off at the FedEx freight today it's only about 20 mins. away.

Sent from my iPhone

On May 5, 2016, at 9:24 AM, Alfred Landino <sales@anainstruments.com> wrote:

**Ok thanks AL**
**Thank You**
**Ana Instruments**
**540 775 0495**

1873-0024-66

Note (2) liability limitation for loss or damage on this shipment shall be applicable as provided by contractor is the current NMFC or this carrier's governing tariffs. See FXF 100 Series Rules Tariff for complete limited liability provisions. Carrier's maximum standard liability is limited to $25 per pound per package for NEW articles and $5.50 per pound per package for USED or RECONDITIONED articles. In no case shall carrier liability exceed $100,000 per occurrence for NEW articles or $10,000 per occurrence for USED or RECONDITIONED articles. For available liability and limits of excess liability coverage and applicable rates and charges, please refer to FXF 100 Series Rules Tariff. Not selecting an additional coverage option is considered to be a waiver of same and standard liability coverage will apply.

☐ Articles are NEW, and require Excess Liability Coverage in the amount of $_____ per pound. Additional charges will apply.

☐ Articles are USED or RECONDITIONED and require Excess Liability Coverage. Additional charges will apply.

NOTE (3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

Create your next Bill of Lading online at fedex.com/us/freight/main/

---

...shipment without payment of freight and all other lawful charges.

Consignor Signature _____

**SHIPPER CERTIFICATION**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature _____  Date _May 6 16_

**CARRIER CERTIFICATION**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.

| DATE | DRIVER/EMPLOYEE NUMBER | PIECE COUNT | TRAILER # |
|------|------------------------|-------------|-----------|
|      |                        |             |           |

FedEx Freight

CD202/1010-FXF

1873-0024-65



**From:** **Asa Cross** wuddly11@aol.com
**Subject:** Ana Instrument E-mail chain
**Date:** April 26, 2018 at 2:55 AM
**To:** Clifford Carlson cc@cliffcarlsonlaw.com

Sent from my iPhone

Begin forwarded message:

From: "ANA Sales" <sales@anainstruments.com>
Date: May 6, 2016 at 1:19:49 PM EDT
To: "Asa Cross" <wuddly11@aol.com>
Subject: Re: equipment list
Reply-To: "ANA Sales" <sales@anainstruments.com>

Hello
We just sent you the BOL
Please get us a Pro Number when you drop it off so we can track it

Thanks
Anainstr
540-775-0495

> ---- Original Message ----
> **From:** Asa Cross
> **To:** ANA Sales
> **Sent:** Friday, May 06, 2016 12:57 PM
> **Subject:** Re: equipment list
>
> I just need a little clarification do you need my personal address, the address I'm gonna ship it from or the address of the FedEx freight place if you want me to drop it off?
>
> Sent from my iPhone
>
> On May 6, 2016, at 12:54 PM, ANA Sales <sales@anainstruments.com> wrote:
>
>> Hello
>> Can you send me your address for the BO!
>>
>> Thanks
>> Anainstr
>> 540-775-0495
>>
>>> ----- Original Message -----
>>> **From:** Asa Cross
>>> **To:** Alfred Landino
>>> **Sent:** Friday, May 06, 2016 12:49 PM
>>> **Subject:** Re: equipment list
>>>
>>> 40Wx48Lx42H
>>>
>>> Sent from my iPhone
>>>
>>> On May 6, 2016, at 12:23 PM, Alfred Landino <sales@anainstruments.com> wrote:
>>>
>>>> Ok we will get you a Bol
>>>> Also need a refund on the shipping I already paid for if you could
>>>> We probably need a ship from Address also
>>>> Thank You
>>>> Ana Instruments
>>>> 540-775-0495
>>>>
>>>> From: Asa Cross [mailto:wuddly11@aol.com]
>>>> Sent: Friday, May 06, 2016 12:12 PM
>>>> To: Alfred Landino <sales@anainstruments.com>
>>>> Subject: Re: equipment list
>>>> Hey Al I got everything packed and weighed, the total comes to 600lbs. If you want I can drop it off at the FedEx freight today it's only about 20 mins. away.
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On May 5, 2016, at 9:24 AM, Alfred Landino <sales@anainstruments.com> wrote:
>>>>
>>>>> Ok thanks AL
>>>>> Thank You
>>>>> Ana Instruments
>>>>> 540 775 0495

1873-0024-66

540-775-0495

From: Asa Cross [mailto:wuddly11@aol.com]
Sent: Thursday, May 05, 2016 9:24 AM
To: Alfred Landino <sales@anainstruments.com>
Subject: Re: equipment list
Ok I'll try to have the weight for you early Friday but if not it'll be around 4 Friday afternoon.

Sent from my iPhone

On May 5, 2016, at 9:22 AM, Alfred Landino <sales@anainstruments.com> wrote:

> **We will need a day**
> **Thank You**
> **Ana Instruments**
> **540-775-0495**
>
> From: Asa Cross [mailto:wuddly11@aol.com]
> Sent: Thursday, May 05, 2016 8:40 AM
> To: Sales <Sales@anainstruments.com>
> Subject: Re: equipment list
> Ok I was just making sure that by the time I had the weight for you you'd still be there. How much notice do you need to schedule a truck?
>
> Sent from my iPhone
>
> On May 5, 2016, at 8:39 AM, Sales <Sales@anainstruments.com> wrote:
>
>> Usually around 630-7pm
>> **Sent from my Verizon Wireless 4G LTE smartphone**
>>
>>
>> -------- Original message --------
>> From: Asa Cross <wuddly11@aol.com>
>> Date: 05/05/2016 8:29 AM (GMT-05:00)
>> To: Alfred Landino <sales@anainstruments.com>
>> Subject: Re: equipment list
>>
>> What time do you work till Friday?
>>
>> Sent from my iPhone
>>
>> On May 4, 2016, at 12:28 PM, Alfred Landino <sales@anainstruments.com> wrote:
>>
>>> **Yeah we had an Employee Buy a car part they sent**
>>> **him a request he Paid it**
>>> **They never sent the Part  PayPal told him there was**
>>> **nothing they could do since it was a request and not**
>>> **an invoice.**
>>> **So we only do invoices unless its family or friends**
>>> **it's fairly simple.**
>>> **Thanks Al**
>>> **Thank You**
>>> **Ana Instruments**
>>> **540-775-0495**
>>>
>>> From: Asa Cross [mailto:wuddly11@aol.com]
>>> Sent: Wednesday, May 04, 2016 12:25 PM
>>> To: Alfred Landino <sales@anainstruments.com>
>>> Subject: Re: equipment list
>>> Sorry I didn't know there was a difference, first time using PayPal. I will as soon as I figure it out
>>>
>>> Sent from my iPhone

1873-0024-67

On May 4, 2016. at 12:05 PM, Alfred Landino <sales@anainstruments.com> wrote:

**Asa**
**Could you send a PayPal invoice instead**
**of a request.**
**Gives me some Buyer protection that way.**
**Thanks Al will pay asap**
**Thank You**
**Ana Instruments**
**540-775-0495**

From: Asa Cross
[mailto:wuddly11@aol.com]
Sent: Tuesday, May 03. 2016 11:35 AM
To: Alfred Landino
<sales@anainstruments.com>
Subject: Re: equipment list
Here are the pictures of the Elgar's. 2 of
the 251b's are 400 series and the third is
a 9012 series.
<image001.jpg><image002.jpg>
<image003.jpg><image004.jpg>
<image005.jpg>
Sent from my iPhone

On May 3, 2016, at 10:46 AM, Alfred
Landino <sales@anainstruments.com>
wrote:

**Sorry yes both Elgar's 503**
**and 251B**
**And yes on the 50 and 70**
**Thank You**
**Ana Instruments**
**540-775-0495**

From: Asa Cross
[mailto:wuddly11@aol.com]
Sent: Tuesday, May 03. 2016
10:44 AM
To: Alfred Landino
<sales@anainstruments.com
>
Subject: Re: equipment list
Do you want pictures for just
the both types of elgars or
just the 251b? Can we do
70.00 on the 5334a and 50
on the 8116a?

Sent from my iPhone

On May 3. 2016, at 10:36
AM, Alfred Landino
<sales@anainstruments.com
> wrote:

**Asa**
**I would Like the**
**following**
**5334A's 60.00 x5**
**6038A 110.00 x2**
.
**6033A at 110.00**

1873-0024-68

------ --- ------
3326A at 100
3325A at 100 x2
8116a 40x2
2465cts 100
Let me know
what you think
Send over a
couple Pictures
of the Elgar's if
you could
Thank You
Ana Instruments
540-775-0495

From: Asa Cross
[mailto:wuddly11
@aol.com]
Sent: Tuesday.
May 03, 2016
10:07 AM
To: Alfred
Landino
<sales@anainstr
uments.com>
Subject: Re:
equipment list
Hey this is Asa
here's the list of
everything. Just
exclude what
you've already
purchased.

2

Sincerely
Asa Cross
478-338-0472
Warner Robins,
Ga 31088

Sent from my
iPhone

On May 3, 2016
at 10:01 AM,
Alfred Landino
<sales@anainstr
uments.com>
wrote:

Asa
Than
ks
Just
send

1873-0024-69



me
over
the
list
I
appr
eciat
e it
My
cell
is
540-
538-
4592
Than
k You
Ana
Instr
ume
nts
540-
775-
0495

1873-0024-70



REGI

**FedEx** Freight

| STATEMENT NUMBER |
| AA64083100 |
| CUSTOMER NUMBER |
| 759502183 |
| STATEMENT DATE |
| 05/12/2016 |

Exhibit A

# STATEMENT

Send payment to: DEPT CH  PO BOX 10306  PALATINE IL 60055-0306
Direct Billing Inquiries to 2200 Forward Dr Harrison AR 72602-0840
EMAIL customersolutions@fedex.com    WEBSITE www.fedex.com
PHONE 870.741.9000    FAX 870.365.4354    TOLL-FREE 866.393.4585

Bill To / Payment Due From
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

STARTING 12/05/2013, WE WILL BEGIN SENDING INVOICES
AFTER SHIPMENT DELIVERY. IF THIS DOES NOT MEET YOUR
NEEDS, PLEASE CONTACT US.

| FREIGHT BILL DATE | FREIGHT BILL NUMBER | SRVC | AMOUNT DUE | FREIGHT BILL DATE | FREIGHT BILL NUMBER | SRVC | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 05/06/2016 | 3624167724 | ECON | 1,065.36 | | | | |
| | | | | TOTAL STATEMENT CHARGES | | | 1,065.36 |

---



**Remittance Advice**
**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

Payment Due From Account # 759502183



Send to:  DEPT CH  PO BOX 10306
              PALATINE IL 60055-0306

FXF
0056268  01 M8 0.416  **AUTO  T9 0 1133 31093-130906   -C01-P563244

ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

☐ Address Change?  Please check the appropriate box and fill out
                              the information on the reverse side of this form.

| STATEMENT NUMBER |
| AA64083100 |
| STATEMENT DATE |
| 05/12/2016 |
| CUSTOMER NUMBER |
| 759502183 |
| TOTAL STATEMENT CHARGES |
| 1,065.36 |




DEFENDANT'S
EXHIBIT
M CROSS
2/27/18 MBC
PENGAD 800-631-6989

**Thank You!**

1873-0021-1

1133-01-00-0056268-0002-0138737

**Credit Card Payments**

**Call 1.866.756.3590 to pay your invoice with a credit card**

**Address Change or Correction**

**E-mail or Fax Change Requests to:**
account.resolution@fedex.com or 1.870.365.4125

_____
Customer Number (As listed on the front of this document)

_____
Name/Company

_____
Address

_____
Address

_____
City                          State          Zip Code

1873-0021-2

1133-01-00-0056268-0002-0138737



# ORIGINAL INVOICE

**FXFE ECONOMY**

Send payment to: *DEPT CH PO BOX 10306 PALATINE IL 60055-0306*
Direct Billing Inquiries to 2200 Forward Dr Harrison AR 72602-0840
EMAIL customersolutions@fedex.com    WEBSITE www.fedex.com
PHONE 870.741.9000    FAX 870.365.4354    TOLL-FREE 866.393.4585

**Shipper**
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

| | |
|---|---|
| Freight Bill Number | 3624167724 |
| Ship Date / Invoice Date | 05/06/2016 / 05/12/2016 |
| Bill of Lading Number | |
| P.O. Number | |
| Shipper Reference Number | |
| I/L PRO Number | |
| Terms | PREPAID |
| Origin / Destination | MCN / RCH |
| Total Amount Due | 1,065.36 |
| Payment Due Date | 05/27/2016 |

**Consignee**
ANA INSTRUMENTS
9008 WILL LOOP
KING GEORGE VA 22485-4952

**Bill To / Payment Due From**
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

**Account #** 759502183

| PIECES | PALLETS | HM | DESCRIPTION | WT(LBS) | NMFC | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | USED TEST EQUIPMENT<br>AL LANDINO<br>*FXF EZONE01/04/16    LD 13117<br>NO PRICING FOUND | 600 | | 077 | 148.090 | 888.54 |
| | | | 017682 FUEL SURCHG LTL SHPT 19.90%<br>1-EZONE-FXF-1 | | | | | 176.82 |
| | | | -------- Invoicing Summary --------<br>Original Invoice Amount<br>Less Amount Paid<br>Less Freight Bill Adjustments | | | | | 1,065.36 |
| 1 | | | Totals / Amount Due by (05/27/2016) | 600 | | | | 1,065.36 |

Rate Tariff: 1-EZONE-FXF

---



**Remittance Advice**
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

**Payment Due From Account #** 759502183

Send to:  DEPT CH  PO BOX 10306
            PALATINE IL 60055-0306

FXF

ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

☐ Address Change?  Please check the appropriate box and fill out
the information on the reverse side of this form.

| |
|---|
| FREIGHT BILL NUMBER<br>**3624167724** |
| SHIP DATE / INVOICE DATE<br>05/06/2016 / 05/12/2016 |
| TERMS<br>PREPAID |
| PAYMENT DUE DATE<br>05/27/2016 |
| PLEASE PAY THIS AMOUNT<br>1,065.36 |

1873-0021-3

3624167724  000000106536  05122016  0

**Thank You!**

1133-01-00-0056268-0001-0138736

**Credit Card Payments**

**Call 1.866.756.3590 to pay your invoice with a credit card**

**Address Change or Correction**

**E-mail or Fax Change Requests to:**
account.resolution@fedex.com or 1.870.365.4125

_____

Customer Number (As listed on the front of this document)

_____

Name/Company

_____

Address

_____

Address

_____

City                          State              Zip Code

1873-0021-4

1133-01-00-0056268-0001-0138736

CI17



FedEx Freight

# PAST DUE INVOICE

FXFE ECONOMY

Send payment to: DEPT CH  PO BOX 10306  PALATINE IL 60055-0306
Direct Billing Inquiries to 2200 Forward Dr Harrison AR 72602-0840
EMAIL customersolutions@fedex.com    WEBSITE www.fedex.com
PHONE 870.741.9000    FAX 870.365.4354    TOLL-FREE 866.393.4585

**Shipper**
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

**Consignee**
ANA INSTRUMENTS
9008 WILL LOOP
KING GEORGE VA 22485-4952

| | |
|---|---|
| Freight Bill Number | 3624167724 |
| Ship Date / Invoice Date | 05/06/2016 / 05/12/2016 |
| Bill of Lading Number | |
| P.O. Number | |
| Shipper Reference Number | |
| I/L PRO Number | |
| Terms | PREPAID |
| Origin / Destination | MCN / RCH |
| Total Amount Due | 1,065.36 |
| Payment Due Date | 05/27/2016 |

**Bill To / Payment Due From**
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

Account # 759502183

| PIECES | PALLETS | HM | DESCRIPTION | WT(LBS) | NMFC | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | USED TEST EQUIPMENT<br>AL LANDINO<br>*FXF EZONE01/04/16    LD 13117<br>017682 FUEL SURCHG LTL SHPT 19.90%<br>1-EZONE-FXF-1 | 600 | | 077 | 148.090 | 888.54<br><br>176.82 |
| | | | -------- Invoicing Summary --------<br>Original Invoice Amount<br>Less Amount Paid<br>Less Freight Bill Adjustments | | | | | 1,065.36 |
| 1 | | | Totals / Amount Due by (05/27/2016) | 600 | | | | 1,065.36 |

Rate Tariff: 1-EZONE-FXF

---



FedEx Freight

**Remittance Advice**
**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

**Payment Due From Account # 759502183**

Send to: DEPT CH  PO BOX 10306
        PALATINE IL 60055-0306

FXF

ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

☐ Address Change?  Please check the appropriate box and fill out
                   the information on the reverse side of this form.



| | |
|---|---|
| FREIGHT BILL NUMBER | 3624167724 |
| SHIP DATE / INVOICE DATE | 05/06/2016 / 05/12/2016 |
| TERMS | PREPAID |
| PAYMENT DUE DATE | 05/27/2016 |
| PLEASE PAY THIS AMOUNT | 1,065.36 |

**Thank You!**

1873-0021-5

3624167724 00000106536 08272016 9

1240-01-00-0055188-0002-0147779

**Credit Card Payments**

**Call 1.866.756.3590 to pay your invoice with a credit card**

**Address Change or Correction**

**E-mail or Fax Change Requests to:**
account.resolution@fedex.com or 1.870.365.4125

_____
Customer Number (As listed on the front of this document)

_____
Name/Company

_____
Address

_____
Address

_____
City                            State            Zip Code

1873-0021-6

1240-01-00-0055188-0002-0147779

**UNIFORM STRAIGHT BILL OF LADING ORIGINAL—NOT NEGOTIABLE**

**FedEx Freight**

362416772-4

Date: MAY. 6, 2016

REQUIRED: Please select a service type
☐ FedEx Freight Priority (FXF) ☒ FedEx Freight Economy (FXNL)

Shipper: ASA Cross
478-338-0472
2750 Rolf Ave
306 Emery Dr.
Macon Wilkinson GA 31024  25
370 93

Consignee: JAVA Instruments  540-266-7729
Al Lanuino  540-775-0495
9008 Will Loop
King George VA  22485  US

| | | Description | | Weight | | Class |
|---|---|---|---|---|---|---|
| 1 | pallet | Used Test Equipment | | 600 | | 77.5 |

Shipper Signature: _____  Date: MAY. 6 16

Date: 5/6/16    2691962    lot    Dock

14³⁰  14³⁵

1873-0021-7

1240-01-00-0055188-0001-0147778



Page 1 of 1

**FedEx** Freight

# DELIVERY RECEIPT

Freight Bill   3624167724  R0

2100 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1 866 393 4585

| | |
|---|---|
| Ship Date  05/06/2016 | Bill of Lading |
| P O | Shipper Reference |
| Origin MCN | Destination RCH |

Consignee
ANA INSTRUMENTS
9008 WILL LOOP
KING GEORGE
VA 22485-4952   US

Trailer # X9304

Shipper
ASA CROSS
306 EMORY DR
EXIT MCN DCOX
WARNER ROBINS
GA 31093-1309   US

**FedEx Freight Economy**

| PIECES | kND | kG | DESCRIPTION | WT(LBS) | HM/FC | PCF CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | PXP RECEIVED AT ITS DOCK<br>USED TEST EQUIPMENT<br>AL LANDINO<br>540-775-0495     CONS PHONE #<br>FUEL SURCHG LTL SHPT19 90%<br>1-EZONE-PXP-1<br>*PXP EZONE01/04/16       LD 13117 | 500 | | | 077 | | |
| 1 | 1 | | PREPAID - WILL INVOICE SHIPPER | 600 | | | | |

* IF ACCEPTED THIS SHIPMENT, YOU AGREE TO BE FULLY RESPONSIBLE FOR ANY ADDITIONAL APPLICABLE CHARGES FOR DELIVERY SERVICES PROVIDED INCLUDING BUT NOT LIMITED TO DETENTION *

WILL INVOICE RESPONSIBLE PARTY

ACCESSORIAL SERVICES PERFORMED
— ☐ INSIDE DELIVERY          — ☐ SORT & SEGREGATE    — ☐ DETENTION
— ☐ RESIDENTIAL LIMITED ACCESS  — ☐ LIFT GATE          — ☐ OTHERS

| | |
|---|---|
| Delv Driver & # | |
| Date  5-16-16 | Arrive 1413   Depart 1417 |
| # of Skids | # of Pcs   OS&D # |

Shipment received in apparent good order with wrap intact unless otherwise noted

Received by _____ ALBERTSON
☐ Over  ☐ Damage   Exceptions
☐ Short ☐ Wrap Broken

Customer Requirements/Appointment Instruction

1873-0021-8

1240-01-00-0055188-0001-0147778

CI17



**FedEx** Freight

**PAST DUE STATEMENT**

| | |
|---|---|
| Statement Number | AA65618139 |
| Customer Number | 759502183 |
| Statement Date | 07/23/2016 |

Send payment to: DEPT CH  PO BOX 10306  PALATINE IL 60055-0306
Direct Billing Inquiries to:  2200 Forward Dr Harrison AR 72602-0840
EMAIL customersolutions@fedex.com    WEBSITE www.fedex.com
PHONE 870.741.9000    FAX 870.365.4354    TOLL-FREE 866.393.4585

Bill To / Payment Due From
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

| Total Past Due Account Balance Recap | | | | TOTAL PAST DUE |
|---|---|---|---|---|
| 31-60 | 61-90 | 90-120 | 121+ | |
| 0.00 | 1,065.36 | 0.00 | 0.00 | 1,065.36 |

| FREIGHT BILL/ SHIP DATE/ DELIVERY DATE | SHIPPER/ CONSIGNEE | TERMS/ SERVICE | BILL OF LADING NUMBER/ P.O. NUMBER | PIECES/ WEIGHT | AMOUNT DUE |
|---|---|---|---|---|---|
| 3624167724 05/06/2016 05/10/2016 Signed For By B ALBERTSON | ASA CROSS EXIT MCN DCOK 306 EMORY DR WARNER ROBINS GA 31093-1309 ANA INSTRUMENTS 9008 WILL LOOP KING GEORGE VA 22485-4952 | PREPAID ECONOMY | | 1 600 | 1,065.36 |
| | | | TOTAL STATEMENT CHARGES | | 1,065.36 |

---



**FedEx** Freight

**Remittance Advice**
**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

Payment Due From Account # 759502183

Send to: DEPT CH  PO BOX 10306
PALATINE IL 60055-0306

FXF
0062566 01 MB 0.416  **AUTO  T1 0 1205 31093-130906    -C01-P62628-1

ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

1873-0021-9

☐ Address Change?  Please check the appropriate box and fill out the information on the reverse side of this form.





| | |
|---|---|
| STATEMENT NUMBER | AA65618139 |
| STATEMENT DATE | 07/23/2016 |
| CUSTOMER NUMBER | 759502183 |
| TOTAL STATEMENT CHARGES | 1,065.36 |

DEFENDANT'S EXHIBIT
*N Cross*
*7/27/18  MBC*
PENGAD 800-631-6989

**Thank You!**

1205-01-00-0062566-0003-0166474

**Credit Card Payments**

**Call 1.866.756.3590 to pay your invoice with a credit card**

**Address Change or Correction**

**E-mail or Fax Change Requests to:**
account.resolution@fedex.com or 1.870.365.4125

Customer Number (As listed on the front of this document)

Name/Company

Address

Address

City                          State          Zip Code

1873-0021-10

1205-01-00-0062566-0003-0166474

CI17


FedEx Freight

## PAST DUE INVOICE

FXFE ECONOMY

Send payment to: DEPT CH  PO BOX 10306  PALATINE IL 60055-0306
Direct Billing Inquiries to 2200 Forward Dr Harrison AR 72602-0840
EMAIL customersolutions@fedex.com    WEBSITE www.fedex.com
PHONE 870.741.9000    FAX 870.365.4354    TOLL-FREE 866.393.4585

**Shipper**
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

Freight Bill Number 3624167724
Ship Date / Invoice Date 05/06/2016 / 05/12/2016
Bill of Lading Number
P.O. Number
Shipper Reference Number
I/L PRO Number
Terms PREPAID
Origin / Destination MCN / RCH
Total Amount Due 1,065.36
Payment Due Date 05/27/2016

**Consignee**
ANA INSTRUMENTS
9008 WILL LOOP
KING GEORGE VA 22485-4952

**Bill To / Payment Due From**
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

Account # 759502183

| PIECES | PALLETS | HM | DESCRIPTION | WT(LBS) | NMFC | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | USED TEST EQUIPMENT<br>AL LANDINO<br>*FXF  EZONE01/04/16      LD 13117<br>017682 FUEL SURCHG LTL SHPT 19.90%<br>1-EZONE-FXF-1 | 600 | | 077 | 148.090 | 888.54<br><br>176.82 |
| | | | -------- Invoicing Summary --------<br>Original Invoice Amount<br>Less Amount Paid<br>Less Freight Bill Adjustments | | | | | 1,065.36 |
| 1 | | | Totals / Amount Due by (05/27/2016) | 600 | | | | 1,065.36 |

Rate Tariff: 1-EZONE-FXF

---

FedEx Freight

**Remittance Advice**
**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

**Payment Due From Account # 759502183**

Send to: DEPT CH  PO BOX 10306
         PALATINE IL 60055-0306

FXF

ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

❏ Address Change?  Please check the appropriate box and fill out
the information on the reverse side of this form.

| |
|---|
| FREIGHT BILL NUMBER<br>3624167724 |
| SHIP DATE / INVOICE DATE<br>05/06/2016 / 05/12/2016 |
| TERMS<br>PREPAID |
| PAYMENT DUE DATE<br>05/27/2016 |
| PLEASE PAY THIS AMOUNT<br>1,065.36 |

**Thank You!**

1873-0021-11

3624167724  000000106536  07232016  4

1205-01-00-0062566-0002-0166473

**Credit Card Payments**

**Call 1.866.756.3590 to pay your invoice with a credit card**

**Address Change or Correction**

**E-mail or Fax Change Requests to:**
account.resolution@fedex.com or 1.870.365.4125

_____
Customer Number (As listed on the front of this document)

_____
Name/Company

_____
Address

_____
Address

_____
City                          State          Zip Code

1873-0021-12

1205-01-00-0062566-0002-0166473

**UNIFORM STRAIGHT BILL OF LADING ORIGINAL—NOT NEGOTIABLE**

**FedEx** Freight

362416772-4

Date: MAY 6, 2016

REQUIRED: Please select a service type
☐ FedEx Freight® Priority (PDB)    ☒ FedEx Freight® Economy (EXU)

**Shipper:** ASA Cross
2750 Rolf Ave
306 Emory Dr.
MACON GA

**Consignee:** ANA Instruments
AL Landino
9008 Will Loop
King George VA

| | | Description of Articles | Weight | | Rate |
|---|---|---|---|---|---|
| 1 | pallet | Used Test Equipment | 600 | | 77.5 |

Bill of Lading #: 310903

Driver Signature

Date: 5/6/16    2.691962    Dock

14³⁰  14³⁵

1873-0021-13

1205-01-00-0062566-0001-0166472

Page 1 of 1

## FedEx Freight

# DELIVERY RECEIPT

Freight Bill  3624167724 R0

2200 FORWARD DRIVE
HARRISON, AR 72901

fedex.com 1 888 383 4585

| Ship Date 05/06/2016 | Bill of Lading |
|---|---|
| P O | Shipper Reference |
| Origin KCN | Destination RCH |

| Consignee | | Trailer # 29304 | Shipper | |
|---|---|---|---|---|
| ANA INSTRUMENTS | | | ABA CROSS | |
| 9008 WILL LOOP | | | 306 EMORY DR | |
| KING GEORGE | US | | EXIT KCN DCOK | |
| VA 22485-4952 | | | WARNER ROBINS | |
| | | | GA 31093-1309 | US |

**FedEx Freight Economy**

| PIECES | HM | KM | DESCRIPTION | WT(LBS) | DIMS | PCF CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | PRP RECEIVED AT ITS DOCK USED TEST EQUIPMENT AL LANDINO 540-775-0495   CONS PHONE # FUEL SURCHG LTL SHPT19 90% 1-EZONE-PXP-1 *PXP EZONB01/04/16   LD 13117 | 500 | | 077 | | |
| 1 | 1 | | PREPAID - WILL INVOICE SHIPPER | 500 | | | | |

DRIVER COPY

* BY ACCEPTING THIS SHIPMENT, YOU AGREE TO BE FULLY RESPONSIBLE FOR ANY ADDITIONAL APPLICABLE CHARGES FOR DELIVERY SERVICES RECEIVED INCLUDING BUT NOT LIMITED TO DETENTION *

| ACCESSORIAL SERVICES PERFORMED | WILL INVOICE RESPONSIBLE PARTY |
|---|---|
| ☐ INSIDE DELIVERY  ☐ SORT & SEGREGATE  ☐ DETENTION | |
| ☐ RESIDENTIAL LIMITED ACCESS  ☐ LIFT GATE  ☐ OTHERS | |

| Delv Driver & # | |
|---|---|
| Date | Arrive | Depart |
| # of Skids | # of Pcs | OS&D # |

Customer Requirements/Appointment Instruction

Shipment received in apparent good order with wrap intact unless otherwise noted

Received by _____

☐ Over  ☐ Damage  Exceptions
☐ Short  ☐ Wrap Broken

1873-0021-14

1205-01-00-0062566-0001-0166472

CI17


**FedEx** Freight

**PAST DUE STATEMENT**

PAGE 1 OF 1

Statement Number
AA67909793

Customer Number
759502183

Statement Date
11/05/2016

Send payment to: DEPT CH  PO BOX 10306  PALATINE IL 60055-0306
Direct Billing Inquiries to:  2200 Forward Dr Harrison AR 72602-0840
EMAIL customersolutions@fedex.com    WEBSITE www.fedex.com
PHONE 870.741.9000    FAX 870.365.4354    TOLL-FREE 866.393.4585

**Bill To / Payment Due From**
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

| Total Past Due Account Balance Recap | | | | TOTAL PAST DUE |
|---|---|---|---|---|
| 31-60 | 61-90 | 90-120 | 121+ | |
| 0.00 | 0.00 | 0.00 | 1,065.36 | 1,065.36 |

| FREIGHT BILL/ SHIP DATE/ DELIVERY DATE | SHIPPER/ CONSIGNEE | TERMS/ SERVICE | BILL OF LADING NUMBER/ P.O. NUMBER | PIECES/ WEIGHT | AMOUNT DUE |
|---|---|---|---|---|---|
| 3624167724  05/06/2016 05/10/2016  Signed For By B ALBERTSON | ASA CROSS EXIT MCN DCOK 306 EMORY DR WARNER ROBINS GA 31093-1309 ANA INSTRUMENTS 9008 WILL LOOP KING GEORGE VA 22485-4952 | PREPAID ECONOMY | | 1 600 | 1,065.36 |
| | | | **TOTAL STATEMENT CHARGES** | | 1,065.36 |

---


**FedEx** Freight

**Remittance Advice**
**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

**Payment Due From Account # 759502183**

Send to: DEPT CH  PO BOX 10306
          PALATINE IL 60055-0306

FXF
0062521  01 MB 0.416  **AUTO  T8 0 1310 31093-130906  -C01-P62583-I

ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

☐ Address Change?  Please check the appropriate box and fill out the information on the reverse side of this form.



 
DEFENDANT'S EXHIBIT
P CROSS
7/27/18 MBC

| STATEMENT NUMBER |
|---|
| AA67909793 |
| STATEMENT DATE |
| 11/05/2016 |
| CUSTOMER NUMBER |
| 759502183 |
| TOTAL STATEMENT CHARGES |
| 1,065.36 |

**Thank You!**

1873-0021-17

1310-01-00-0062521-0003-0167118

**Credit Card Payments**

**Call 1.866.755.3590 to pay your invoice with a credit card**

**Address Change or Correction**

**E-mail or Fax Change Requests to:**
account.resolution@fedex.com or 1.870.365.4125

Customer Number (As listed on the front of this document)

Name/Company

Address

Address

| City | State | Zip Code |
|------|-------|----------|

1873-0021-18

1310-01-00-0062521-0003-0167118



**FedEx** Freight

# PAST DUE INVOICE

FXFE ECONOMY

Send payment to: DEPT CH PO BOX 10306 PALATINE IL 60055-0306
Direct Billing Inquiries to 2200 Forward Dr Harrison AR 72602-0840
EMAIL customersolutions@fedex.com    WEBSITE www.fedex.com
PHONE 870.741.9000    FAX 870.365.4354    TOLL-FREE 866.393.4585

**Shipper**
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

**Consignee**
ANA INSTRUMENTS
9008 WILL LOOP
KING GEORGE VA 22485-4952

| | |
|---|---|
| Freight Bill Number | 3624167724 |
| Ship Date / Invoice Date | 05/06/2016 / 05/12/2016 |
| Bill of Lading Number | |
| P.O. Number | |
| Shipper Reference Number | |
| I/L PRO Number | |
| Terms | PREPAID |
| Origin / Destination | MCN / RCH |
| Total Amount Due | 1,065.36 |
| Payment Due Date | 05/27/2016 |

**Bill To / Payment Due From**
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

Account # 759502183

| PIECES | PALLETS | HM | DESCRIPTION | WT(LBS) | NMFC | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | USED TEST EQUIPMENT<br>AL LANDINO<br>*FXF EZONE01/04/16    LD 13117<br>017682 FUEL SURCHG LTL SHPT 19.90%<br>1-EZONE-FXF-1 | 600 | | 077 | 148.090 | 888.54<br><br>176.82 |
| | | | -------- Invoicing Summary --------<br>Original Invoice Amount<br>Less Amount Paid<br>Less Freight Bill Adjustments | | | | | 1,065.36 |
| 1 | | | Totals / Amount Due by (05/27/2016) | 600 | | | | 1,065.36 |

Rate Tariff: 1-EZONE-FXF

---



**FedEx** Freight

**Remittance Advice**
**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

**Payment Due From Account # 759502183**

Send to: DEPT CH  PO BOX 10306
        PALATINE IL 60055-0306

FXF

ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

☐ Address Change? Please check the appropriate box and fill out
the information on the reverse side of this form.

| | |
|---|---|
| FREIGHT BILL NUMBER | |
| **3624167724** | |
| SHIP DATE / INVOICE DATE | |
| 05/06/2016 / 05/12/2016 | |
| TERMS | |
| PREPAID | |
| PAYMENT DUE DATE | |
| 05/27/2016 | |
| PLEASE PAY THIS AMOUNT | |
| 1,065.36 | |

1873-0021-19

3624167724 000000106536 11052016 9

**Thank You!**

1310-01-00-0062521-0002-0167117



**Credit Card Payments**

**Call 1.866.756.3590 to pay your invoice with a credit card**

**Address Change or Correction**

**E-mail or Fax Change Requests to:**
account.resolution@fedex.com or 1.870.365.4125

Customer Number (As listed on the front of this document)

Name/Company

Address

Address

City                          State              Zip Code

1873-0021-20

1310-01-00-0062521-0002-0167117

**UNIFORM STRAIGHT BILL OF LADING ORIGINAL—NOT NEGOTIABLE**

FedEx Freight

**362416772-4**

MAY 6, 2016

REQUIRED: Please select a service type
- ☐ FedEx Freight Priority (PRE)
- ☑ FedEx Freight Economy (PXHL)

OPTIONAL: You may select a money-back promise delivery charge and void delivery may apply.
☐ AM Delivery  ☐ Close of Business Delivery

**CONSIGNEE**

Shipper: ASA Cross
718 338 0472
2750 Roff Ave
806 Emory Dr.
MACON  W. Webern
GA  31024  US

Consignee: ANA Instruments  507 66 7759
AL Landino  540 775 0495
9008 Will Loop
King George
VA  22485  US

Shipper Bill of Lading #: 31093

| MATERIALS NO. PIECES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS |
|---|---|---|---|
| 1 pallet | Used Test Equipment | 600 | 77.5 |
| | | | |

Shipper Signature

5/6/16   2691962   pH   Dock

1873-0021-21

1310-01-00-0062521-0001-0167116



**Page 1 of 1**

# FedEx Freight

## DELIVERY RECEIPT

**Freight Bill  3624167724 RO**

| | |
|---|---|
| 2200 FORWARD DRIVE | Ship Date 05/06/2016 | Bill of Lading |
| HARRISON, AR 72601 | PO | Shipper Reference |
| fedex.com 1 866 393 4585 | Origin MCN | Destination RCH |

| Consignee | Shipper |
|---|---|
| ANA INSTRUMENTS 9008 WILL LOOP KING GEORGE VA 22485-4952    US | ASA CROSS 306 EMORY DR EXIT MCN DCOK WARNER ROBINS GA 31093-1309    US |

Trailer # X9304

### FedEx Freight Economy

| PIECES | HM | kit | DESCRIPTION | WT/LBS | MMFC | PCF CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | FXF RECEIVED AT ITS DOCK USED TEST EQUIPMENT AL LANDINO 540-775-0495   CONS PHONE # FUEL SURCHG LTL SHPT19 90% 1-PZONE-FXF-1 *FXF  EZONE01/04/16    LD 13117 | 500 | | | 077 | |
| 1 | 1 | | PREPAID - WILL INVOICE SHIPPER | 500 | | | | |

**WILL INVOICE RESPONSIBLE PARTY**

ACCESSORIAL SERVICES PERFORMED
— ☐ INSIDE DELIVERY  — ☐ SORT & SEGREGATE  — ☐ DETENTION
— ☐ RESIDENTIAL LIMITED ACCESS  — ☐ LIFT GATE  — ☐ OTHERS

Delv Driver & #  _B Midad 258332_
Date  _5-26-16_  Arrive  _1412_  Depart  _1417_
# of Skids  _1_   # of Pcs   OS&D #

Customer Requirements/Appointment Instruction

Shipment received in apparent good order with wrap intact unless otherwise noted
Received by _____  ALBERTSON
☐ Over  ☐ Damage   Exceptions
☐ Short  ☐ Wrap Broken

1873-0021-22

CI17



**FedEx** Freight

PAGE 1 OF 1

# PAST DUE STATEMENT

| | |
|---|---|
| **Statement Number** | AA68647271 |
| **Customer Number** | 759502183 |
| **Statement Date** | 12/10/2016 |

Send payment to: DEPT CH  PO BOX 10306  PALATINE IL 60055-0306
Direct Billing Inquiries to:  2200 Forward Dr Harrison AR 72602-0840
EMAIL customersolutions@fedex.com    WEBSITE www.fedex.com
PHONE 870.741.9000    FAX 870.365.4354    TOLL-FREE 866.393.4585

**Bill To / Payment Due From**
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

**Total Past Due Account Balance Recap**

| 31-60 | 61-90 | 90-120 | 121+ | TOTAL PAST DUE |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 1,065.36 | 1,065.36 |

| FREIGHT BILL/ SHIP DATE/ DELIVERY DATE | SHIPPER/ CONSIGNEE | TERMS/ SERVICE | BILL OF LADING NUMBER/ P.O. NUMBER | PIECES/ WEIGHT | AMOUNT DUE |
|---|---|---|---|---|---|
| 3624167724 05/06/2016 05/10/2016 Signed For By B ALBERTSON | ASA CROSS EXIT MCN DCOK 306 EMORY DR WARNER ROBINS GA 31093-1309 ANA INSTRUMENTS 9008 WILL LOOP KING GEORGE VA 22485-4952 | PREPAID ECONOMY | | 1 600 | 1,065.36 |
| | | | **TOTAL STATEMENT CHARGES** | | 1,065.36 |

---



**FedEx** Freight

**Remittance Advice**
## PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

**Payment Due From Account # 759502183**

Send to: DEPT CH  PO BOX 10306
PALATINE IL 60055-0306

☐ **Address Change?**  Please check the appropriate box and fill out the information on the reverse side of this form.

FXF
0015781 01 MB 0.416  **AUTO  T3 0 1345 31093-130906   -C01-P15796-I
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309



DEFENDANT'S EXHIBIT
Q CROSS
7/27/18 mBC

| | |
|---|---|
| STATEMENT NUMBER | AA68647271 |
| STATEMENT DATE | 12/10/2016 |
| CUSTOMER NUMBER | 759502183 |
| TOTAL STATEMENT CHARGES | 1,065.36 |

**Thank You!**

1873-0021-25

1345-01-00-0015781-0003-0050228

**Credit Card Payments**

**Call 1.866.756.3590 to pay your invoice with a credit card**

**Address Change or Correction**

**E-mail or Fax Change Requests to:**
account.resolution@fedex.com or 1.870.365.4125

_____
Customer Number (As listed on the front of this document)

_____
Name/Company

_____
Address

_____
Address

_____
City                              State              Zip Code

1873-0021-26



**FedEx** Freight

# PAST DUE INVOICE

FXFE ECONOMY

Send payment to: DEPT CH  PO BOX 10306  PALATINE IL 60055-0306
Direct Billing Inquiries to 2200 Forward Dr Harrison AR 72602-0840
EMAIL customersolutions@fedex.com    WEBSITE www.fedex.com
PHONE 870.741.9000    FAX 870.365.4354    TOLL-FREE 866.393.4585

**Shipper**
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

Freight Bill Number **3624167724**
Ship Date / Invoice Date 05/06/2016 / 05/12/2016
Bill of Lading Number
P.O. Number
Shipper Reference Number
I/L PRO Number
Terms **PREPAID**
Origin / Destination **MCN / RCH**
Total Amount Due **1,065.36**
Payment Due Date **05/27/2016**

**Consignee**
ANA INSTRUMENTS
9008 WILL LOOP
KING GEORGE VA 22485-4952

**Bill To / Payment Due From**
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

Account # 759502183

| PIECES | PALLETS | HM | DESCRIPTION | WT(LBS) | NMFC | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | USED TEST EQUIPMENT<br>AL LANDINO<br>*FXF  EZONE01/04/16    LD 13117<br>017682 FUEL SURCHG LTL SHPT 19.90%<br>1-EZONE-FXF-1 | 600 | | 077 | 148.090 | 888.54<br><br>176.82 |
| | | | -------- Invoicing *Summary* --------<br>Original Invoice Amount<br>Less Amount Paid<br>Less Freight Bill Adjustments | | | | | 1,065.36 |
| 1 | | | Totals / Amount Due by (05/27/2016) | 600 | | | | 1,065.36 |

Rate Tariff: 1-EZONE-FXF

---



**FedEx** Freight

**Remittance Advice**
**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

Payment Due From Account # 759502183

Send to: DEPT CH  PO BOX 10306
PALATINE IL 60055-0306

FXF

☐ **Address Change?**  Please check the appropriate box and fill out
the information on the reverse side of this form.

ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

1873-0021-27

| FREIGHT BILL NUMBER |
|---|
| **3624167724** |
| SHIP DATE / INVOICE DATE |
| 05/06/2016 / 05/12/2016 |
| TERMS |
| PREPAID |
| PAYMENT DUE DATE |
| 05/27/2016 |
| PLEASE PAY THIS AMOUNT |
| 1,065.36 |

## Thank You!

3624167724  000000106536  12102016  6

13-15-01-00-0015781-0002-0050227

**Credit Card Payments**

**Call 1.866.756.3590 to pay your invoice with a credit card**

**Address Change or Correction**

**E-mail or Fax Change Requests to:**
account.resolution@fedex.com or 1.870.365.4125

Customer Number (As listed on the front of this document)

Name/Company

Address

Address

City                                    State                    Zip Code

1873-0021-28

1345-01-00-0015781-0002-0050227

**UNIFORM STRAIGHT BILL OF LADING ORIGINAL—NOT NEGOTIABLE**

**FedEx** Freight

**362416772-4**

Date MAY 6, 2016

Shipper: ASA Cross
2750 Roff Ave
306 Emery Dr.
MACON WI Krebbn GA 31024 US
Bill of Lading # 31098

Consignee: ANA Instruments "5076 6773"
Al Landing 540 775-0495
9008 Will Loop
King George VA 172485 US

| | | Description of Articles | Weight | | Class |
|---|---|---|---|---|---|
| 1 | pallet | Used Test Equipment | 600 | | 77.5 |

Shipper Signature: David Ows    Date MAY 6 16

| | | | | |
|---|---|---|---|---|
| 5/10/16 | | 2697962 | lot | Dock |

14³⁰ 14³⁵

1873-0021-29

1345-01-00-0015781-0001-0050226



Page 1 of 1

**FedEx** Freight

# DELIVERY RECEIPT

Freight Bill  3624167724 R0

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1 888 383 4588

| Ship Date 05/06/2016 | Bill of Lading |
|---|---|
| P O | Shipper Reference |
| Origin KCN | Destination RCH |

**Consignee**
ANA INSTRUMENTS
9008 WILL LOOP
KING GEORGE
VA 22485-4952    US

Trailer # X9304

**Shipper**
ASA CROSS
306 EMORY DR
EXIT NCN DOOR
WARNER ROBINS
GA 31093-1309    US

**FedEx Freight Economy**

| PIECES | NM | M | DESCRIPTION | WT(LBS) | CU/FC | PCF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | PXP RECEIVED AT ITS DOCK<br>USED TEST EQUIPMENT<br>AL LANDINO<br>540-775-0495   CONS PHONE #<br>FUEL SURCHG LTL SHPT19 90%<br>1-EZONE-PXP-1<br>*PXP  EZONE01/04/16       LD 13117 | 600 | | | 077 | | |
| 1 | 1 | | PREPAID - WILL INVOICE SHIPPER | 600 | | | | | |

ACCESSORIAL SERVICES PERFORMED
— ☐ INSIDE DELIVERY       — ☐ SORT & SEGREGATE    — ☐ DETENTION
— ☐ RESIDENTIAL LIMITED ACCESS   — ☐ LIFT GATE    — ☐ OTHERS

| Delv Driver & # | |
|---|---|
| Date | Arrive | Depart |
| # of Skids | # of Pcs | OS&D # |

Shipment received in apparent good order with wrap intact unless otherwise noted

Received by
☐ Over  ☐ Damage   Exceptions
☐ Short  ☐ Wrap Broken

WILL INVOICE RESPONSIBLE PARTY

Customer Requirements/Appointment Instruction

1873-0021-30

1345-01-00-0015781-0001-0050226



CI17

**FedEx.** Freight

**PAST DUE STATEMENT**

PAGE 1 OF 1

| | |
|---|---|
| Statement Number | AA69330726 |
| Customer Number | 759502183 |
| Statement Date | 01/14/2017 |

Send payment to: DEPT CH  PO BOX 10306  PALATINE IL 60055-0306
Direct Billing Inquiries to:  2200 Forward Dr Harrison AR 72602-0840
EMAIL customersolutions@fedex.com    WEBSITE www.fedex.com
PHONE 870.741.9000    FAX 870.365.4354    TOLL-FREE 866.393.4585

**Bill To / Payment Due From**
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

**Total Past Due Account Balance Recap**

| 31-60 | 61-90 | 90-120 | 121+ | TOTAL PAST DUE |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 1,065.36 | 1,065.36 |

| FREIGHT BILL/ SHIP DATE/ DELIVERY DATE | SHIPPER/ CONSIGNEE | TERMS/ SERVICE | BILL OF LADING NUMBER/ P.O. NUMBER | PIECES/ WEIGHT | AMOUNT DUE |
|---|---|---|---|---|---|
| 3624167724  05/06/2016 05/10/2016  Signed For By B ALBERTSON | ASA CROSS EXIT MCN DCOK 306 EMORY DR WARNER ROBINS GA 31093-1309 ANA INSTRUMENTS 9008 WILL LOOP KING GEORGE VA 22485-4952 | PREPAID ECONOMY | | 1 600 | 1,065.36 |
| | | | **TOTAL STATEMENT CHARGES** | | 1,065.36 |

---



**FedEx.** Freight

**Remittance Advice**
**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

**Payment Due From Account # 759502183**

Send to: DEPT CH  PO BOX 10306
PALATINE IL 60055-0306

FXF
0055710  01 MB 0.416  **AUTO  T8 0 1014 31093-130906   -C01-P55765-I

ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

1873-0021-39

☐ Address Change?  Please check the appropriate box and fill out the information on the reverse side of this form.

| | |
|---|---|
| STATEMENT NUMBER | AA69330726 |
| STATEMENT DATE | 01/14/2017 |
| CUSTOMER NUMBER | 759502183 |
| TOTAL STATEMENT CHARGES | 1,065.36 |



DEFENDANT'S EXHIBIT
R CROSS
7/27/18 mbc
PENGAD 800-631-6989



**Thank You!**

1014-01-00-00557 10-0003-0140335

**Credit Card Payments**

**Call 1.866.756.3590 to pay your invoice with a credit card**

**Address Change or Correction**

**E-mail or Fax Change Requests to:**
account.resolution@fedex.com or 1.870.365.4125

_____
Customer Number (As listed on the front of this document)

_____
Name/Company

_____
Address

_____
Address

_____
City                         State            Zip Code

1873-0021-40

1014-01-00-0055710-0003-0140335



**FedEx** Freight

# PAST DUE INVOICE

FXFE ECONOMY

Send payment to: DEPT CH PO BOX 10306 PALATINE IL 60055-0306
Direct Billing Inquiries to 2200 Forward Dr Harrison AR 72602-0840
EMAIL customersolutions@fedex.com    WEBSITE www.fedex.com
PHONE 870.741.9000    FAX 870.365.4354    TOLL-FREE 866.393.4585

Shipper
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

Consignee
ANA INSTRUMENTS
9008 WILL LOOP
KING GEORGE VA 22485-4952

PAGE 1 OF 1

Freight Bill Number 3624167724
Ship Date / Invoice Date 05/06/2016 / 05/12/2016
Bill of Lading Number
P.O. Number
Shipper Reference Number
I/L PRO Number
Terms PREPAID
Origin / Destination MCN / RCH
Total Amount Due 1,065.36
Payment Due Date 05/27/2016

Bill To / Payment Due From
ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

Account # 759502183

| PIECES | PALLETS | HM | DESCRIPTION | WT(LBS) | NMFC | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | USED TEST EQUIPMENT | 600 | | 077 | 148.090 | 888.54 |
| | | | AL LANDINO | | | | | |
| | | | *FXF EZONE01/04/16    LD 13117 | | | | | |
| | | | 017682 FUEL SURCHG LTL SHPT 19.90% | | | | | 176.82 |
| | | | 1-EZONE-FXF-1 | | | | | |
| | | | | | | | | |
| | | | -------- Invoicing Summary -------- | | | | | |
| | | | Original Invoice Amount | | | | | 1,065.36 |
| | | | Less Amount Paid | | | | | |
| | | | Less Freight Bill Adjustments | | | | | |
| 1 | | | Totals / Amount Due by (05/27/2016) | 600 | | | | 1,065.36 |

Rate Tariff: 1-EZONE-FXF

---

**FedEx** Freight

**Remittance Advice**
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

Payment Due From Account # 759502183

Send to: DEPT CH PO BOX 10306
         PALATINE IL 60055-0306

FXF

ASA CROSS
EXIT MCN DCOK
306 EMORY DR
WARNER ROBINS GA 31093-1309

☐ Address Change? Please check the appropriate box and fill out
the information on the reverse side of this form.

| FREIGHT BILL NUMBER |
|---|
| **3624167724** |
| SHIP DATE / INVOICE DATE |
| 05/06/2016 / 05/12/2016 |
| TERMS |
| PREPAID |
| PAYMENT DUE DATE |
| 05/27/2016 |
| PLEASE PAY THIS AMOUNT |
| 1,065.36 |

## Thank You!

1873-0021-41

3624167724 000000106536 01142017 9

1014-01-00-00557710-0002-0140334

**Credit Card Payments**

**Call 1.866.756.3590 to pay your invoice with a credit card**

**Address Change or Correction**

**E-mail or Fax Change Requests to:**
account.resolution@fedex.com or 1.870.365.4125

_____
Customer Number (As listed on the front of this document)

_____
Name/Company

_____
Address

_____
Address

_____
City                          State          Zip Code

1873-0021-42

1014-01-00-0055710-0002-0140334

1873-0021-43

**UNIFORM STRAIGHT BILL OF LADING ORIGINAL—NOT NEGOTIABLE**

**FedEx** Freight

362416772-4

Date: MAY 6 2016

REQUIRED: Please select a send co type
☐ FedEx Freight® Priority (FXFE)   ☑ FedEx Freight® Economy (FXNL)

OPTIONAL: ☐ AM Delivery   ☐ Close of Business Delivery

| CONSIGNEE | | |
|---|---|---|
| From: ASA Cross | | To: ANA Instruments  540 775 |
| | 978 338 0472 | AL Landino   540 775-0495 |
| 2750 Rott Ave | | 9008 Will Loop |
| 306 Emory Dr. | | |
| Macon W Rebbins | | King George |
| GA  31024  25 | | VA  22485  DS |
| | 31098 | |

| Description of Articles | Weight | Class |
|---|---|---|
| 1 pallet  Used Test Equiment | 600 | 77.5 |

Shipper Signature: Stephen Orr   Date May 6 16

| Date | | |
|---|---|---|
| 5/6/16 | 2671962 | Dock |
| | FedEx Freight | |

14:30  14:35

1014-01-00-0055710-0001-01-10533



Page 1 of 1

## FedEx Freight

### DELIVERY RECEIPT

Freight Bill  3624167724  R0



2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1 866 393 4685

| | |
|---|---|
| Ship Date  05/06/2016 | Bill of Lading |
| P O | Shipper Reference |
| Origin MCN | Destination RCH |

**Consignee**
ANA INSTRUMENTS
9008 WILL LOOP
KING GEORGE
VA 22485-4952    US

Trailer # X9304

**Shipper**
ASA CROSS
306 EKORY DR
EXIT MCN DCOE
WARNER ROBINS
GA 31093-1309    US

**FedEx Freight Economy**

| PIECES | HU | HU | DESCRIPTION | WT/LBS | DIMS | PCF CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | PXF RECEIVED AT ITS DOCK<br>USED TEST EQUIPMENT<br>AL LANDING<br>540-775-0495    CONS PHONE #<br>FUEL SURCHG LTL SHPT19 90%<br>1-EZONE-PXF-1<br>*PXF  EZONE01/04/16    LD 13117 | 600 | | | 077 | |
| 1 | 1 | | PREPAID - WILL INVOICE SHIPPER | 600 | | | | |

**ACCESSORIAL SERVICES PERFORMED**
☐ INSIDE DELIVERY    ☐ SORT & SEGREGATE    ☐ DETENTION
☐ RESIDENTIAL LIMITED ACCESS    ☐ LIFT GATE    ☐ OTHERS

Delv Driver & #
Date  5-16-16    Arrive 1413    Depart 1417
# of Skids  1    # of Pcs    OS&D #

Shipment received in apparent good order with prop intact unless otherwise noted
Received by
☐ Over  ☐ Damage    Exceptions
☐ Short  ☐ Wrap Broken

**WILL INVOICE RESPONSIBLE PARTY**

Customer Requirements/Appointment Instruction

DRIVER COPY

1873-0021-44

1014-01-00-0055710-0001-0140333

P.O. BOX 1870 Synter Resource Group, LLC
ASHLAND, VA 23005-4870
5935 Rivers Ave Ste 102
Charleston SC 29406-6071
http://www.synterresource.com
custserv14@synterresource.com
Toll-free: (866) 796-8377
Phone: (843) 746-2200
Fax: (866) 337-6221

**RETURN SERVICE REQUESTED**

Business Hours:
Monday - Friday
8:00 A.M. - 5:30 P.M. EST

November 8, 2016

440

| | |
|---|---|
| **ASA CROSS** | |
| **306 EMORY DR** | |
| **WARNER ROBINS GA 31093-1309** | |

**BALANCE DUE:** $ 1,065.36 USD
**ORIGINAL CREDITOR:** FedEx Freight / FedEx TechConnect
**CUSTOMER ACCOUNT:** 759502183
**OUR FILE NUMBER:** 53239656

## COLLECTION NOTICE

This notice regarding your account with FedEx Freight / FedEx TechConnect is from Synter Resource Group, LLC. FedEx Freight / FedEx TechConnect has placed your account with this agency for collection. Please be advised that payment is due.

Please take care of this matter by making a payment, which can be done conveniently in the following two ways:
- Mail a check or money order payable to Synter Resource Group, LLC with the attached payment voucher, or
- Visit us online at http://www.synterresource.com to make a secure payment using your checking account; or Visa, MasterCard or Discover credit card.

If you have any questions, you may contact Dominique Serrano with Synter Resource Group, LLC toll-free at (866) 796-8377, extension 1679. Calls to or from Synter Resource Group, LLC are recorded and also monitored.

Unless you, within thirty days after receipt of this notice, dispute the validity of this debt, or any portion thereof, this debt will be assumed to be valid by this office. If you notify this office in writing within the thirty-day period that this debt, or any portion thereof, is disputed, this office will obtain verification of this debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this office. Upon your written request within the thirty-day period, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

**Note: See Reverse Side for Important Information**

- - - - - - - - - - - - - - - - - - - - - PLEASE TEAR ALONG PERFORATION AND RETURN BOTTOM PORTION WITH YOUR PAYMENT - - - - - - - - - - - - - - - - - - - -

## INVOICE PAYMENT VOUCHER

ASA CROSS
306 EMORY DR
WARNER ROBINS GA 31093-1309

| OUR FILE NUMBER | BALANCE DUE | PAYMENT AMOUNT |
|---|---|---|
| 53239656 | $ 1,065.36 USD | |

**MAIL PAYMENT TO:**

November 8, 2016

**ORIGINAL CREDITOR:** FedEx Freight / FedEx TechConnect
**CUSTOMER ACCOUNT:** 759502183



DEFENDANT'S EXHIBIT
S-Cross
7/27/18 mbc
PENGAD 800-631-6989

SYNTER RESOURCE GROUP, LLC
PO BOX 63247
NORTH CHARLESTON SC 29419-3247

Contact us at (866) 796-8377 with any questions.

64230-14843-FX4-106536

P.O. BOX 1870
ASHLAND, VA  23005-4870



**RETURN SERVICE REQUESTED**

December 8, 2016

Synter Resource Group, LLC
5935 Rivers Ave Ste 102
Charleston SC 29406-6071
http://www.synterresource.com
custserv14@synterresource.com
Toll-free: (866) 796-8377
Phone: (843) 746-2200
Fax: (866) 337-6221

Business Hours:
Monday - Friday
8:00 A.M. - 5:30 P.M. EST

364

ASA CROSS
306 EMORY DR
WARNER ROBINS GA  31093-1309

| | |
|---|---|
| **BALANCE DUE:** | $ 1,065.36 USD |
| **ORIGINAL CREDITOR:** | FedEx Freight / FedEx TechConnect |
| **CUSTOMER ACCOUNT:** | 759502183 |
| **OUR FILE NUMBER:** | 53239656 |

## COLLECTION NOTICE

This notice regarding your account with FedEx Freight / FedEx TechConnect is from Synter Resource Group, LLC. FedEx Freight / FedEx TechConnect has placed your account with this agency for collection. Please be advised that payment is due.

Please take care of this matter by making a payment, which can be done conveniently in the following two ways:
* Mail a check or money order payable to Synter Resource Group, LLC with the attached payment voucher, or
* Visit us online at http://www.synterresource.com to make a secure payment using your checking account; or Visa, MasterCard or Discover credit card.

If you have any questions, you may contact Dominique Serrano with Synter Resource Group, LLC toll-free at (866) 796-8377, extension 1679. Calls to or from Synter Resource Group, LLC are recorded and also monitored.

Unless you, within thirty days after receipt of this notice, dispute the validity of this debt, or any portion thereof, this debt will be assumed to be valid by this office. If you notify this office in writing within the thirty-day period that this debt, or any portion thereof, is disputed, this office will obtain verification of this debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this office. Upon your written request within the thirty-day period, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

**Note: See Reverse Side for Important Information**

------ PLEASE TEAR ALONG PERFORATION AND RETURN BOTTOM PORTION WITH YOUR PAYMENT ------

## INVOICE PAYMENT VOUCHER

ASA CROSS
306 EMORY DR
WARNER ROBINS GA  31093-1309

| OUR FILE NUMBER | BALANCE DUE | PAYMENT AMOUNT |
|---|---|---|
| 53239656 | $ 1,065.36 USD | |

**MAIL PAYMENT TO:**

December 8, 2016

**ORIGINAL CREDITOR:**   FedEx Freight / FedEx TechConnect

**CUSTOMER ACCOUNT:** 759502183

Contact us at (866) 796-8377 with any questions.

DEFENDANT'S
EXHIBIT
T CROSS
7/27/18  MBC

SYNTER RESOURCE GROUP, LLC
PO BOX 63247
NORTH CHARLESTON SC  29419-3247

64260-13492-FX4-106536

P.O. BOX 1870  Synter Resource Group, LLC
ASHLAND, VA 23005-4870                                                            5935 Rivers Ave Ste 102
                                                                                Charleston SC 29406-6071
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖                                                  http://www.synterresource.com
                                                                              custserv14@synterresource.com
**RETURN SERVICE REQUESTED**                                                        Toll-free: (866) 796-8377
                                                                                     Phone: (843) 746-2200
                                                                                       Fax: (866) 337-6221

January 9, 2017                                                                        Business Hours:
                                                                                      Monday - Friday
                                                                                  8:00 A.M. - 5:30 P.M. EST

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  455

**ASA CROSS**                              **BALANCE DUE:**          $ 1,065.36 USD
**306 EMORY DR**                           **ORIGINAL CREDITOR:**    FedEx Freight / FedEx Corporate
**WARNER ROBINS GA  31093-1309**                                    Services, Inc.

                                           **CUSTOMER ACCOUNT:**     759502183
                                           **OUR FILE NUMBER:**      53239656

## COLLECTION NOTICE

This notice regarding your account with FedEx Freight / FedEx Corporate Services, Inc. is from Synter Resource Group, LLC. FedEx Freight / FedEx Corporate Services, Inc. has placed your account with this agency for collection. Please be advised that payment is due.

Please take care of this matter by making a payment, which can be done conveniently in the following two ways:
*   Mail a check or money order payable to Synter Resource Group, LLC with the attached payment voucher, or
*   Visit us online at http://www.synterresource.com to make a secure payment using your checking account; or Visa, MasterCard or Discover credit card.

If you have any questions, you may contact Becky Sieg with Synter Resource Group, LLC toll-free at (866) 796-8377, extension 1411. Calls to or from Synter Resource Group, LLC are recorded and also monitored.

Unless you, within thirty days after receipt of this notice, dispute the validity of this debt, or any portion thereof, this debt will be assumed to be valid by this office. If you notify this office in writing within the thirty-day period that this debt, or any portion thereof, is disputed, this office will obtain verification of this debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this office. Upon your written request within the thirty-day period, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

**Note: See Reverse Side for Important Information**

- - - - - - - - - - - - - - - - - - - PLEASE TEAR ALONG PERFORATION AND RETURN BOTTOM PORTION WITH YOUR PAYMENT - - - - - - - - - - - - - - - - - - -

## INVOICE PAYMENT VOUCHER

**ASA CROSS**
**306 EMORY DR**
**WARNER ROBINS GA  31093-1309**

| OUR FILE NUMBER | BALANCE DUE | PAYMENT AMOUNT |
|---|---|---|
| 53239656 | $ 1,065.36 USD | |

January 9, 2017

**ORIGINAL CREDITOR:**  FedEx Freight / FedEx
                        Corporate Services, Inc
**CUSTOMER ACCOUNT:** 759502183

Contact us at (866) 796-8377 with any questions.

**MAIL PAYMENT TO:**

**SYNTER RESOURCE GROUP, LLC**
**PO BOX 63247**
**NORTH CHARLESTON SC 29419-3247**
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖


DEFENDANT'S EXHIBIT
U CROSS
7/27/18 -NEC

64290-11953-FX3-106536

Asa Cross

███████████████

---

December 11, 2016

**Synter Resource Group, LLC**
5935 Rivers Ave, Ste 102
Charleston, SC 29406

Subject: Ref No. ████7724

To Whom it May Concern:

I received a call recently that said there was a delinquent invoice in my name along with the above reference number. This was on behalf of "Fed Ex Freight". Since I have never had an account with Fed Ex Freight, this does not seem legitimate. Please verify the account information is correct, and provide me the details of your investigation.

Thank you and I look forward to your immediate reply.

Sincerely,

Asa Cross

Enclosures
cc:    Copy to File

Page 1                          Asa Cross



DEFENDANT'S
EXHIBIT

V  Cross
7/27/18  MBC

PENGAD 800-631-6989

## UNIFORM STRAIGHT BILL OF LADING ORIGINAL---NOT NEGOTIABLE
### SUBJECT TO THE TERMS AND CONDITIONS OF THE UNIFORM BILL OF LADING — QUESTIONS? CALL 1-866-393-4585

**FedEx** Freight

**362416772-4**

Date: MAY 6, 2016

Shipper #

Purchase Order #

Shipper #

REQUIRED: Please select a service type

☐ FedEx Freight® Priority (FXFE)   ☑ FedEx Freight® Economy (FXNL)

OPTIONAL: You may select a money-back guarantee delivery (charges and tariff limitations may apply).

☐ AM Delivery   ☐ Close of Business Delivery

| SHIPPER (from) | | CONSIGNEE (to) | |
|---|---|---|---|
| Shipper: ASA Cross | FXF Acct #: | Consignee: ANA Instruments | 50766 7759 |
| Acct #: | 478 3350472 | Acct #: AL LANDINO | 540 775 0495 |
| Address: 2750 Roff Ave | | Address: 9008 Will Loop | |
| Address: 306 Emory Dr. | | Address: | |
| City: MACON  Wikrobin | | City: King George | |
| State/Province: GA  ZIP: 31024  Country: US | | State/Province: VA  ZIP: 172485  Country: US | |
| Accessorial Charges ☐ Liftgate ☐ Inside Pickup ☐ Limited Access | | Accessorial Charges ☐ Liftgate ☐ Inside Delivery ☐ Limited Access | |
| Shipper Bill of Lading #: 31093 | | ☐ Custom Delivery Window | |
| Special Instructions: | | | |

**BILL FREIGHT CHARGES TO (if different than above):**

| Name | FXF Acct # | Mailing Address | |
|---|---|---|---|
| City | State | ZIP/Postal Code  Country | Area Code  Phone Number |

Freight charges are PREPAID unless marked collect.

CHECK BOX IF COLLECT ☐

C.O.D. $ _____ AMOUNT

1. The letters "C.O.D." must appear in box before consignee's name above.
2. C.O.D. funds to be collected as: ☐ Certified Funds  ☐ Company Check  ☐ Personal Check
3. C.O.D. fee to be paid by: ☐ Shipper  ☐ Consignee

**REMIT C.O.D. TO (if different than shipper above):**

| Name | Mailing Address | |
|---|---|---|
| City | State  ZIP/Postal Code  Country | Country Code  Area Code  Phone Number |

| HANDLING UNITS QTY/TYPE | NO PKG. TYPE | PIECES QTY | DESCRIPTION OF ARTICLES, KIND OF PACKAGE, SPECIAL MARKS AND EXCEPTIONS (subject to correction) | WEIGHT IN LBS | RATE/ITEM # (subject to correction) | CLASS | CUBE |
|---|---|---|---|---|---|---|---|
| 1 | pallet | 1 | Used Test Equipment | 600 | | 77.5 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**TOTAL NO.:**

☞ MARK "X" OR "RQ" IN THE UN COLUMN TOO SIGNAL HAZARDOUS MATERIALS OR REPORTABLE QUANTITIES AS DEFINED IN DOT REGULATIONS

EM EMERGENCY CONTACT PHONE NUMBER ( )

EM EMERGENCY RESPONSE PROVIDER PERSON or CONTRACT #

FOR INTERNATIONAL SHIPMENTS PLEASE INDICATE BELOW THE NAME, FAX NUMBER AND PHONE NUMBER OF THE BROKER

CE/SED Number or Exception _____  Phone # ( )

Broker Name _____  Fax # ( )

**FOR FREIGHT COLLECT SHIPMENTS**

Subject to Section 7 of conditions of applicable Bill of Lading, if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Consignor Signature _____

**SHIPPER CERTIFICATION**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature: _Stephen Owens_  Date: May 6/16

**CARRIER CERTIFICATION**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.

| DATE | DRIVER EMPLOYEE NUMBER | PIECE COUNT | TRAILER # |
|---|---|---|---|
| 5/6/16 | 2691962 | 1pH | DOCK |
| | FedEx Freight | | |

Create your next Bill of Lading online at fedex.com/us/freight/online/

14³⁰  14³⁵

**DEFENDANT'S EXHIBIT**
W CROSS
7/27/18  MBC
PENGAD 800-631-6989