**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| ASA CROSS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:17-cv-00446-MTT |
| | : | |
| | : | |
| SYNTER RESOURCE GROUP, LLC | : | |
| Defendant. | : | |

### Plaintiff's Motion for Partial Summary Judgment

COMES NOW ASA CROSS, Plaintiff, and pursuant to Fed. R. Civ. P. 56 files this partial motion for summary judgment as to liability as to the issues set out in the accompanying brief. This Motion is based upon the pleadings, depositions, discovery responses, exhibits, and other materials of record, as well as the supporting arguments submitted in the attached brief.

WHEREFORE, Plaintiff respectfully prays that this Court grant partial summary judgment in his favor.

[Continued on Next Page]

Submitted September 10, 2018.

**DANIELS LAW LLC**

/s/Ronald Edward Daniels
RONALD EDWARD DANIELS
Georgia Bar No.: 540854
Counsel for Plaintiff

P.O. BOX 4939
Eastman, GA 31023
478.227.7331 (t)
478.352.0173 (f)
ron@dlawllc.com
rondanielslaw.com

/s/ Clifford Carlson
Clifford Carlson
Georgia Bar No. 227503

Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
Tel. 478-254-1018
cc@cliffcarlsonlaw.com

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| ASA CROSS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:17-cv-00446-MTT |
| | : | |
| | : | |
| SYNTER RESOURCE GROUP, LLC | : | |
|     Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that this the 10th day of September 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail, first-class, postage pre-paid. Parties may access this filing through the Court's electronic filing system.

/s/ Clifford Carlson
Clifford Carlson
Georgia Bar No. 227503

Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
Tel. 478-254-1018
cc@cliffcarlsonlaw.com