UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ASA CROSS,

      Plaintiff,

   vs.              CIVIL ACTION
                     FILE NO. 5:17-cv-00446-MTT
SYNTER RESOURCE GROUP,
LLC,

      Defendant.

DEPOSITION OF ASA CROSS

Friday, July 27, 2018
Commencing at 10:53 a.m.
Concluding at 12:28 p.m.

Held at Combs Court Reporting
112 Pierce Avenue
Macon, Georgia  31204

Reported by: Mary Beth Cook, RPR
CCR# 5079-8707-4272-4608

COMBS COURT REPORTING, INC.
112 Pierce Avenue
Macon, Georgia  31204
(478)474-6987

2

APPEARANCES OF COUNSEL:

On Behalf of the Plaintiff:

RONALD DANIELS, Esquire
Daniels Law
723 Bernard Drive
Warner Robins, Georgia  31093
ron@dlawllc.com


On Behalf of the Defendant:

JAMES HAYS, Esquire
Hays, Potter & Martin
3945 Holcomb Bridge Road
Suite 300
Peachtree Corners, Georgia  30092
beau@hpmlawatl.com


Also present:  Brandi Holland, Intern

INDEX

ASA CROSS                                      PAGE

Cross-Examination By Mr. Hays                    5

Direct Examination By Mr. Daniels               65

Recross-Examination By Mr. Hays                 67

INDEX OF DEFENDANT'S EXHIBITS

NO.                                                        PAGE

A          Analog Oscilloscopes Exemplar        11

B          Exemplar of DC Power Supply          15

C          AC Mainframe Exemplar                18

D          Exemplar Elgar 251B                  19

E          Exemplar of HP Frequency Counter     21

F          Exemplar of Pulse/Function           22
           Generator

G          Synthesizer/Function Generator       24
           Exemplar

H          Exemplar of DC Power Supply          28

J          Exemplar of Two-Channel Synthesizer  29

K          Exemplar of Spectrum Analyzer        31

L          Email Chain                          39

M          5/12/16 FedEx Statement              51

N          7/23/16 Past Due FedEx Statement     52

P          11/5/16 FedEx Past Due Statement     53

Q          12/10/16 FedEx Past Due Statement    54

R          1/14/17 FedEx Past Due Statement     55

S          Collection Notice                    57

T          12/8/16 Collection Notice            58

U          1/9/17 Collection Notice             58

V          12/11/16 Cross Letter to Synter      60

W          Bill of Lading                       68

/  /  /

(Whereupon, the witness was sworn.)

ASA CROSS,

having been produced and first duly sworn,

testified as follows:

CROSS-EXAMINATION

BY MR. HAYS:

Q    If you could give us your full name.

A    My full name is Asa Guy Cross.

MR. HAYS:  This is the deposition of Asa Cross who is the plaintiff in the case of Cross versus Synter Resource Group, LLC.  It's taken pursuant to agreement of counsel and notice of deposition at this date and time for all purposes available for cross-examination and for use of the deposition.  With counsel for the plaintiff, we have agreed to reserve objections except for the form of the question and responsiveness of the answer until such time as the deposition may be used in the case.

BY MR. HAYS:

Q    Mr. Cross, are you taking any medication or are you presently in any physical state that would prevent you from being able to understand my questions and articulate answers back to me?

A    No, sir, I'm not.

Q    All right.  Can you tell me what you have done to prepare for appearing here at the deposition today?  What did you do to prepare yourself?

A    I talked to Ron and Cliff about what would happen.

Q    You don't have to tell me what you talked -- what was said.  That's privileged information between you and your attorney, but you discussed it with your counsel?

A    Yeah, I discussed it with my counsel.

Q    Did you review any papers, documents or anything?

A    Yes.

Q    How old are you?

A    I am 29.

Q    And where do you live?

A    103 Vassas Court.

Q    And where is that?

A    Warner Robins, Georgia.

Q    And where did you live in May 2016?

A    Might have had down -- I bounced from house to house between my mom's house and sister's house, so it should have been 103 Vassas Court or 306 Emory Drive.

A    I honestly don't know because I don't remember what it looks like off top of my head.

Q    Do you remember that one of the items that you were selling was an oscilloscope like that?

A    I do believe so.

Q    Do you know what one of those is used for?

A    It's used to track the waves -- electrical impulses through electronics equipment or through electronic components.

Q    So where did you get the one that you were selling?

A    I pulled it out of the trash.

Q    And where was the trash?

A    Dumpster at my old job at Tyonek.

Q    Where was it again?

A    In the Dumpster or in an old station that we threw away at my old job at Tyonek.

Q    Did you work with those when you had that job?

A    Not with this specific one, no.

Q    So it's your understanding that they had -- and I am not hearing you correctly.  The part that I got was Agile, but the name you keep calling this company is?

A    Tyonek, T-Y-O-N-E-K.  It has about seven

different names.

Q    And that's what you referred to it as when you were working there?

A    Yes.

Q    So Tyonek had some old equipment --

A    No, it didn't belong to Tyonek.  It belonged to Lockheed Martin.

Q    So Lockheed Martin.  So it's your understanding this equipment had belonged to Lockheed?

A    Yeah.  Lockheed Martin owned it originally.

Q    And how did you find out it was in the Dumpster?

A    I put it in the Dumpster.  I was told to put it in the Dumpster by my supervisors.

Q    And that was while you were at Tyonek?

A    Yes.

Q    They said take this, this is trash?

A    Throw it away.

Q    Was it being replaced with newer equipment or the job had finished?

A    No.  It was just cheaper for Lockheed Martin to have us throw it away.

Q    Do you remember when that was?

A       Beginning of 2016.

Q       So did you ever use it?

A       Yes.

Q       What did you use it for?

A       Just to fiddle around with stuff at the house.

Q       Like what?

A       Fans, stuff like that, like trying to build little race cars out of random parts.

Q       Where did you keep it?

A       In my garage.

Q       And that's on Vassas?

A       Vassas.

Q       So when did you decide to sell it?

A       I didn't sell everything.  I still have stuff.  The only thing I sold was all the extra stuff that I didn't need or use.

Q       When you say that stuff you didn't need, what are you using it for, the stuff that you did need?

A       Just to check sine waves, stuff like that, make sure components were good.  There are power supplies that would kill me if I didn't wire them up right, so I don't need stuff like that.

Q       So when was it you decided to sell some

instructed us to throw it away because it was cheaper for us to throw it away than to ship it back to them for them to dispose of it.  We brought it out to throw it in the Dumpster.  I saw it had parts, and I asked if I could have them.  I was told as soon as it leaves these doors to go in the Dumpster I could have whatever I want.

Q    Okay, fair enough.  So did you make any use of the power supplies?

A    No, not those ones.

Q    And why is that?

A    Because they could kill me if I'm not careful.

Q    So what is it about that that could kill you if you weren't careful?

A    It's 30 amps.  Amperage resistant.  It takes .1 amps to cross the heart to kill somebody.

Q    So did you feel that you weren't technically qualified to use it safely?

A    No.

Q    Are you disagreeing with my question or are you agreeing with it because I asked that with a negative in the middle of it.  You said you didn't want to use it because it might kill you.  What was it about using it that?

can.

Q    So what kind of component would you need the three phase for?

A    You could use it on an iridium processor. I don't know how to spell that.  You can use it for an otoscope.  You can use it to run otoscope and a digital multimeter.  I can't remember all off the top of my head right now.

Q    So when I asked you if you had used it and you'd said no, part of the reasons you didn't have anything that it was particularly useful for?

A    Yeah, I didn't have a particular use for it.

Q    So you didn't end up not selling those to ANA.  Do you still have them?

A    Yes, I should.

Q    Where do you keep them?

A    In the garage.

        (Defendant's Exhibit No. E marked for identification.)

BY MR. HAYS:

Q    Next thing that you'd identified was a 5334A HP.  Is that frequency counter that I'm handing you as Exhibit E, is that that piece of equipment?

pieces that you sold to ANA, but it wasn't on the list from the emails that Al Landino gave you prices for.

A    No, it was not.

Q    So did you sell this?

A    Yes, I did.

Q    Who did you sell it to?

A    ANA.

Q    When?

A    It would be February or March, somewhere in there.  Whenever everything else got sold to ANA. I believe I sold that to them.  I'd have to go back and look through my emails.

Q    Okay.  We will talk about that in a few minutes.  But you sold it in a different shipment, a different transaction?

A    It was a different transaction, yes.

Q    Was it before?

A    Before.

Q    Did you sell anything else in that first?

A    No, I did not.  There was a series of transactions leading up to the main transaction.

Q    Well, let's discuss.  So I was going to ask, so you got the stuff in January 2016, you said, early 2016?

A    Early.

Q    And you had said that it was February or March when you started trying to sell them.

A    Yeah.

Q    So how long between when you said see what I can do to sell this and the first time you had a transaction with ANA?

A    I honestly do not know.

Q    Let me ask you something different.  How did you market it?  What did you do to sell it?

A    I just put it on eBay.

Q    Have you put other things on eBay?

A    I had at that time, yeah.

Q    What else?

A    I can't remember off the top of my head. I know that he bought two or three things from me on eBay before we talked about everything else I had.

Q    But before we talk about that, have you sold anything besides electronics equipment on eBay? Have you used eBay to sell anything else?

A    No.

Q    So there was -- you advertised on eBay, so ANA reached out to you as the seller, expressed interest in buying it?

A    This specific item?

which ones, even just roughly, frequency analyzer versus power supplies?

A    It was spectrum analyzer, I remember posting that, and it might have been an otoscope.

Q    And ANA bought a couple of them, and somebody else bought one or two other bids?

A    Yes.

Q    That was the first time, and that was in February, March?

A    Somewhere around there, yes.

Q    The exact time isn't terribly important. I'm just trying to get the feel for it.  So you did that.  Do you remember what the price was?

A    No, I don't.

Q    How did you get paid?

A    PayPal.

Q    Come back to that in a little while.  Same thing for the other buyer?

A    Yes, PayPal.  Everything went through PayPal.

Q    So that was the first offering, sale. Then how long before you did another?

A    When I saw that ANA bought like three things, two things in a couple hours, I reached out to them and told them that I had all this stuff I

didn't need anymore, and I had no use of it.  If he was interested to make me an offer.

Q    Okay.  And that resulted in this sale, or was there another in between there?

A    No, that's what resulted in this sale.

Q    Did you sell anything to anybody else other than that one?

A    I think I sold one power supply after that that was still posted up on eBay that he didn't want.  I couldn't tell you which one it was.

Q    I know you sold the Elgar 503.  You had three 251s.  Was it one of those?

A    I think it was a 251 because it's heavy.

Q    So what do you have left, to your knowledge, to your recollection?

A    There's an otoscope, a couple power supplies, a couple digital multimeters, maybe some function generators.  I'd have to look at all of it.

Q    Have you been trying to -- have you posted those up for sale?

A    No.

Q    So you haven't done it again after this?

A    No.

Q    Dealing specifically with talking about ANA Instruments at this point, in response to our

Had they provided you with that bill of lading at that point?

A    Yes, they had.

Q    And so did ANA recommend FedEx Freight, or did you find them?

A    ANA did.  ANA told me that when we talked on the phone that they would pay for shipping.  They would provide the bill of lading, and that because they use FedEx, FedEx is who they were going to use, they'd send the bill of lading with their account number already on it, and all I had to do was go drop it off and hand them the bill of lading.

Q    So did you contact FedEx Freight before you took it over there?

A    Yes, I did.

Q    So they knew you were coming?

A    I asked them what I needed to do, and they said just drive up here and drop it off whenever you want.

Q    For the picture of it, the FedEx Freight depot, which is a few blocks from here, it's a loading dock depot.  It's not one of these storefronts like a FedEx Kinko's?

A    Yes, correct.

Q    Loading dock, rollup doors?

A    Yes.

Q    So you brought the truck around back in there.  Did they help you forklift it off the truck to where they were going to use it?

A    They took it off the truck themselves.

Q    So you got there, said here it is, handed them the bill of lading?

A    Yes.  Asked if it was correct, and I said, Is this correct, I'm not paying for this.  I said, The people who are receiving it are paying for it.  They said yes, that is correct.  I said, Do I need to sign anything?  They said no.

Q    When did you get paid by ANA Instruments?

A    Payment I believe he did half up front -- the stuff bought from eBay was immediate, and the other stuff was immediate as soon as I -- as soon as we agreed on the price, he sent me the money for it, but PayPal puts a hold on it until they got it.  And once they got it, PayPal cleared it, and then took another week for it to clear again through PayPal before I was able to do anything.

Q    Did you send the frequency analyzer?

A    Yes, I did.

Q    So that was in part of that shipment even though it wasn't part of what he bought that time

So the price for that shipment when you add that number up is that accurate?

A    No, because the Spectrum analyzer was a very expensive piece of equipment.

Q    That's kind of what I was saying.  That was the price for that stuff and then the Spectrum analyzer?

A    Yeah, it was the price for everything that I sold him altogether.

Q    But the payments came separately?

A    Yes.

Q    Spectrum analyzer that payment came through?

A    EBay.

Q    And so do you remember roughly how much that was?

A    No, I don't.  I want to say 6- or $700, but I couldn't tell you exactly what it was.

Q    So the Spectrum analyzer sale that was 6- or $700 got processed through eBay directly?

A    Yes.

Q    Did eBay pay into your PayPal account?

A    Ebay doesn't pay into my PayPal account.  It's paid by PayPal.  EBay is just the middle person for selling the product.

got the letter.

Q    You did say a minute ago that you got a couple of letters from them over time, correct?

A    Yes.

(Defendant's Exhibit No. T marked for identification.)

BY MR. HAYS:

Q    Show you Exhibit T and ask you if you recognize that.

A    It looks like the collection letter, the same thing.

Q    That one's dated the 8th of December. Do you remember getting that one?

A    I remember getting a collection letter.

Q    And what did you do with it?

A    Put it in the box to give to my attorneys.

Q    How often did you discuss this with your attorneys?

A    Whenever we met.  I don't know the exact time frame or how often we met off the top of my head.

(Defendant's Exhibit No. U marked for identification.)

BY MR. HAYS:

Q    Let me show you what I marked as Exhibit U

and ask if you recognize that.

A    I recognize it as a collection letter that they had sent me.  I don't the time and everything.

Q    That one is dated January the 9th.  Do you recall getting a letter?

A    I don't recall getting a letter exactly at that time, no.

Q    So when you first got the voice mail from Synter, did you call them back?

A    I don't believe I did.  I don't remember if I did or not.

Q    And you never were called by them and answered; is that correct?

A    I do not know that off the top of my head.

Q    Have you listened to the voice mail recordings?

A    Not recently, no.

Q    Do you remember the first call you got the woman on the phone said she was trying to reach accounts payable?

A    No.

Q    You don't recall that?

A    No, I do not.

Q    Do you remember writing a letter to them to contest the charges?

A    I remember sending a letter to them to contest the charges.

Q    When you said sending a letter, I asked you did you write them a letter?

A    Handwrote it, no.  It was typed up.

Q    Did you type it?

A    No, I did not.

Q    Who typed it?

A    My lawyers.

Q    And do you remember when that was?

A    No, I do not off the top of my head.

Q    I'm going to show you a document I marked as Exhibit V and ask you if you recognize that.

(Defendant's Exhibit No. V marked for identification.)

THE WITNESS:  Yes, I do.

BY MR. HAYS:

Q    And what is it?

A    It's a letter telling Synter Resources that I've never had an account with FedEx and how can I have a delinquent account if I've never had an account with FedEx.

Q    And do you remember when that letter was sent?

A    Around December 11th I would assume.

Q    So do you remember the meeting you had with your attorneys when this --

A    Not word-for-word, no.

Q    Did they mail you the letter, ask you to send it and put it in an envelope?

A    They handed me the letter and said read this, does this look correct, and I said yes.

Q    To the extent possible, do not tell me what your attorneys told you or what you told your attorney.  That's privileged information.  That being said, that's a perfectly understandable exchange.  I'm not at all surprised that's how it went.  So they handed you the letter, you reviewed the letter?

A    Yes.

Q    Signed the letter?

A    Yes.

Q    And then gave it back to them?

A    No, I mailed it myself.

Q    You mailed it yourself?

A    Yes.

Q    So they typed up the envelope for you and all the rest of that as well?

A    No, I wrote it in my hand.

Q    You handwrote it?

A    Yes.

Q    So when was the last time you heard from FedEx regarding this; do you know?

A    No, I don't.

Q    At some point they stopped sending you statements?

A    Yes, to my knowledge.

Q    And when was the last time you heard from Synter?

A    I could not tell you off the top of my head.  I don't know.

Q    Did you ever get any correspondence from Synter other than those letters that I showed you?

A    And the phone calls?

Q    Well, correspondence, the letters, documents.

A    I did not, to my knowledge.

Q    And you said you don't recall actually speaking with anybody there?

A    I do not recall speaking with anybody.

Q    So the only contact were the letters?

A    Voice mails.

Q    And voice mails, all right.  If you could tell me in your own words -- well, first, let me go back a step.  Your understanding from your dealings

with ANA was Al Landino was supposed to pay for the shipping?

A    Correct.

Q    And when FedEx Freight sent you a bill for it, you contacted them to protest you didn't owe this bill?

A    Yes.

Q    So when Synter contacted you about FedEx Freight, you knew what they were calling about; is that correct?

A    Like I said, I do not remember speaking to them personally, but from the voice mail I knew what it was in reference to, yes.

Q    You knew they were talking about a FedEx Freight, the charge, and you knew where that charge had come from?

A    Yes, correct.

Q    And then sometime after a couple of months you stopped hearing from FedEx?

A    I believe so, yes.

Q    And you stopped hearing from Synter?

A    Yes.

Q    So if you could tell me in your own words, what injuries, harm, damage you have suffered as a result of hearing from Synter Resource Group?

A     Stress, extreme stress actually.  I was worried that I would not be able to get a job on base which I've been trying to do for ten years because my security clearance wouldn't be able to pass because I had stuff that might pop up on my actual credit score, credit report.  Time I've had to waste going back and forth to get this all resolved.  The gas, time I've had to take off of work.  Not being able to go enjoy life because I have to take time away from life to get this stuff resolved, but mainly stress about not getting a job on base because I wouldn't be able to pass a background check because of bad credit.

Q     Did you check your credit report?

A     I do check my credit report.

Q     Did the FedEx charge show up on your credit report?

A     I'm not 100 percent sure if it did or not. I've just been waiting for it to.

Q     At any point in the voice mails or letters you got from Synter, did Synter say you owed Synter the money?

A     I do not remember the voice mails or the wording or anything about it.

Q     So the problem here is that because Al

Landino didn't pay FedEx, FedEx claims you owe them a thousand dollars in shipping?

A    Correct.

Q    So the bad credit you're referring to would be FedEx saying you have this outstanding bill; is that correct?

A    Correct.

MR. HAYS:  I have nothing further for the witness.

MR. DANIELS:  I have a few questions.

MR. HAYS:  Okay, you're certainly allowed to do that.

DIRECT EXAMINATION

BY MR. DANIELS:

Q    We characterized -- and I say we kind of the royal we -- earlier eBay listings as advertisements.  I think the correct vernacular is listings.  What you did was list things on eBay?

A    Yes.

Q    Did you have an eBay account prior to these listings?

A    Yes.

Q    Was it a business account?

A    No.

Q    You didn't have to pay a monthly subscription fee to eBay to have an eBay store?

A    No.

Q    You didn't have an eBay store?

A    No.

Q    You just made individual listings?

A    Yes.

MR. HAYS:  I'm going to object to leading the witness.  Just -- I know where you're going, but since we're objecting to form of the questions, you've been leading the witness.  That you could ask him questions to get the testimony in his words and not yours, please.

MR. DANIELS:  Okay.

BY MR. DANIELS:

Q    Did you actually go in the FedEx store?

A    Yes, I walked into the freight center.

Q    Was there a counter there?

A    Yes, there was.

Q    Was there -- were you able to notice whether there were postings about shipping?

A    No, there weren't really postings about shipping.  It was just someone behind the counter sitting at a desk taking orders, I would assume.  Like, they didn't have freight prices or anything

like that on the wall.

Q    Did you ever sign a bill of lading?

A    No, I did not.

Q    Did you fill out a bill of lading?

A    No, I did not.

Q    If somebody signed -- are you aware of who signed the bill of lading?

A    It was a representative of ANA Instruments.  It was either Al Landino or the guy's name inside the emails.

Q    I want you to look at Exhibit V.

A    Yes.

Q    Did you ever receive any returned mail?

A    No, I did not.

Q    Did you ever receive a response to that letter?

A    No, I did not.

MR. DANIELS:  I have nothing further.


RECROSS-EXAMINATION

BY MR. HAYS:

Q    Just to clarify since the question was asked.  I'm going to mark this document Exhibit W and ask you if you recognize that.

/  /  /