Asa Cross

███████████████

---

December 11, 2016

**Synter Resource Group, LLC**
5935 Rivers Ave, Ste 102
Charleston, SC 29406


Subject: Ref No. ████ 7724

To Whom it May Concern:

I received a call recently that said there was a delinquent invoice in my name along with the above reference number. This was on behalf of "Fed Ex Freight". Since I have never had an account with Fed Ex Freight, this does not seem legitimate. Please verify the account information is correct, and provide me the details of your investigation.

Thank you and I look forward to your immediate reply.

Sincerely,


Asa Cross

Enclosures
cc:    Copy to File