

12/5 & 12/23 call transcripts

Phone answered: You've reached Asa Cross please leave your name, number and what this is about and I'll get back to you

Message left: Hi, this is Dominique I'm calling from Synter Resource, on behalf of FedEx Freight, I'm trying to contact the accounts payable regarding an outstanding invoice forwarded to our office for collection.  Please return the call and reference number 3624167724 when calling. My number is 843-746-2200 extension 1679.  Thank you.


1/17/17 & 1/25/17 call transcripts

Phone answered: You've reached Asa Cross please leave your name, number and what this is about and I'll get back to you


Message left: (zortman) we have an important message from Synter Resource Group, this is a call from a debt collector, please call 843-746-2200