P.O. BOX 1870
ASHLAND, VA 23005-4870

**RETURN SERVICE REQUESTED**

November 8, 2016

PLAINTIFF'S
EXHIBIT Sub
F
Church 5-11-18

Synter Resource Group, LLC
5935 Rivers Ave Ste 102
Charleston SC 29406-6071
http://www.synterresource.com
custserv14@synterresource.com
Toll-free: (866) 796-8377
Phone: (843) 746-2200
Fax: (866) 337-6221

Business Hours:
Monday - Friday
8:00 A.M. - 5:30 P.M. EST

440

**ASA CROSS**

| | |
|---|---|
| **BALANCE DUE:** | $ 1,065.36 USD |
| **ORIGINAL CREDITOR:** | FedEx Freight / FedEx TechConnect |
| **CUSTOMER ACCOUNT:** | ██████2183 |
| **OUR FILE NUMBER:** | ████ ████656 |

## COLLECTION NOTICE

This notice regarding your account with FedEx Freight / FedEx TechConnect is from Synter Resource Group, LLC. FedEx Freight / FedEx TechConnect has placed your account with this agency for collection. Please be advised that payment is due.

Please take care of this matter by making a payment, which can be done conveniently in the following two ways:
- Mail a check or money order payable to Synter Resource Group, LLC with the attached payment voucher, or
- Visit us online at http://www.synterresource.com to make a secure payment using your checking account; or Visa, MasterCard or Discover credit card.

If you have any questions, you may contact Dominique Serrano with Synter Resource Group, LLC toll-free at (866) 796-8377, extension 1679. Calls to or from Synter Resource Group, LLC are recorded and also monitored.

Unless you, within thirty days after receipt of this notice, dispute the validity of this debt, or any portion thereof, this debt will be assumed to be valid by this office. If you notify this office in writing within the thirty-day period that this debt, or any portion thereof, is disputed, this office will obtain verification of this debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this office. Upon your written request within the thirty-day period, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

### Note: See Reverse Side for Important Information

---

PLEASE TEAR ALONG PERFORATION AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

## INVOICE PAYMENT VOUCHER

ASA CROSS

| OUR FILE NUMBER | BALANCE DUE | PAYMENT AMOUNT |
|---|---|---|
| ████656 | $ 1,065.36 USD | |

**MAIL PAYMENT TO:**

November 8, 2016

**ORIGINAL CREDITOR:** FedEx Freight / FedEx TechConnect

**CUSTOMER ACCOUNT:** 759502183

SYNTER RESOURCE GROUP, LLC
PO BOX 63247
NORTH CHARLESTON SC 29419-3247

Contact us at (866) 796-8377 with any questions.

64230-14843-FX4-106536

## NOTICE OF IMPORTANT FEDERAL AND STATE RIGHTS

Federal and State law require us to treat consumers fairly and notify them of the following rights. This is not to be considered a complete list of all rights consumers have under Federal and State law. For the complete text of the Fair Debt Collection Practices Act, please visit the Federal Trade Commission website at www.ftc.gov.

Consumers may request orally or in writing details regarding any debt being collected. If you have a complaint, please write to us at Consumer Complaint, Synter Resource Group, LLC, 5935 Rivers Avenue, Suite 102, Charleston, SC 29406, or call us toll-free Monday - Friday at (866) 796-8377 between 8:00 A.M. - 5:30 P.M. EST.

**California**  The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**Colorado**  A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA.

Colorado office: 80 Garden Center, Suite 3, Broomfield, CO 80020. Phone: (303) 920-4763

**Massachusetts**  You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the creditor.

**Minnesota**  This collection agency is licensed by the Minnesota Department of Commerce.

**New York City**  New York City Department of Consumer Affairs License Number: 1128516-DCA

**North Carolina**  This collection agency is licensed by the North Carolina Department of Insurance; Permit Number: 3803.

**Tennessee**  This collection agency is licensed by the Tennessee Collection Service Board of the Department of Commerce and Insurance.

**Washington**  Washington office: 505 Union Avenue SE, Suite 120, Olympia, WA 98504. Phone: (866) 224-8971

**Check Payment**  When submitting a check as payment, you authorize us, or our client, either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. Your account may be debited as soon as the same day we receive your payment.

P.O. BOX 1870
ASHLAND, VA  23005-4870



5935 Rivers Ave Ste 102
Charleston SC 29406-6071
http://www.synterresource.com
custserv14@synterresource.com
Toll-free: (866) 796-8377
Phone: (843) 746-2200
Fax: (866) 337-6221

**RETURN SERVICE REQUESTED**

Business Hours:
Monday - Friday
8:00 A.M. - 5:30 P.M. EST

December 8, 2016

364

**ASA CROSS**

| | |
|---|---|
| **BALANCE DUE:** | $ 1,065.36 USD |
| **ORIGINAL CREDITOR:** | FedEx Freight / FedEx TechConnect |
| **CUSTOMER ACCOUNT:** | 2183 |
| **OUR FILE NUMBER:** | 656 |

## COLLECTION NOTICE

This notice regarding your account with FedEx Freight / FedEx TechConnect is from Synter Resource Group, LLC. FedEx Freight / FedEx TechConnect has placed your account with this agency for collection. Please be advised that payment is due.

Please take care of this matter by making a payment, which can be done conveniently in the following two ways:
* Mail a check or money order payable to Synter Resource Group, LLC with the attached payment voucher, or
* Visit us online at http://www.synterresource.com to make a secure payment using your checking account; or Visa, MasterCard or Discover credit card.

If you have any questions, you may contact Dominique Serrano with Synter Resource Group, LLC toll-free at (866) 796-8377, extension 1679. Calls to or from Synter Resource Group, LLC are recorded and also monitored.

Unless you, within thirty days after receipt of this notice, dispute the validity of this debt, or any portion thereof, this debt will be assumed to be valid by this office. If you notify this office in writing within the thirty-day period that this debt, or any portion thereof, is disputed, this office will obtain verification of this debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this office. Upon your written request within the thirty-day period, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

**Note: See Reverse Side for Important Information**

- - - - - - - - - - - - - - - - - - - - - - PLEASE TEAR ALONG PERFORATION AND RETURN BOTTOM PORTION WITH YOUR PAYMENT - - - - - - - - - - - - - - - - - - - - - -

## INVOICE PAYMENT VOUCHER

**ASA CROSS**

| OUR FILE NUMBER | BALANCE DUE | PAYMENT AMOUNT |
|---|---|---|
| 9656 | $ 1,065.36 USD | |

**MAIL PAYMENT TO:**

December 8, 2016

**ORIGINAL CREDITOR:**  FedEx Freight / FedEx TechConnect

**CUSTOMER ACCOUNT:**  2183

**SYNTER RESOURCE GROUP, LLC**
PO BOX 63247
NORTH CHARLESTON SC  29419-3247

Contact us at (866) 796-8377 with any questions.

64260-13492-FX4-106536

P.O. BOX 1870
ASHLAND, VA  23005-4870

RETURN SERVICE REQUESTED

Synter Resource Group, LLC
5935 Rivers Ave Ste 102
Charleston SC 29406-6071
http://www.synterresource.com
custserv14@synterresource.com
Toll-free: (866) 796-8377
Phone: (843) 746-2200
Fax: (866) 337-6221

Business Hours:
Monday - Friday
8:00 A.M. - 5:30 P.M. EST

January 9, 2017

455

**ASA CROSS**

| | |
|---|---|
| **BALANCE DUE:** | $ 1,065.36 USD |
| **ORIGINAL CREDITOR:** | FedEx Freight / FedEx Corporate Services, Inc. |
| **CUSTOMER ACCOUNT:** | 2183 |
| **OUR FILE NUMBER:** | 9656 |

## COLLECTION NOTICE

This notice regarding your account with FedEx Freight / FedEx Corporate Services, Inc. is from Synter Resource Group, LLC. FedEx Freight / FedEx Corporate Services, Inc. has placed your account with this agency for collection. Please be advised that payment is due.

Please take care of this matter by making a payment, which can be done conveniently in the following two ways:
- Mail a check or money order payable to Synter Resource Group, LLC with the attached payment voucher, or
- Visit us online at http://www.synterresource.com to make a secure payment using your checking account; or Visa, MasterCard or Discover credit card.

If you have any questions, you may contact Becky Sieg with Synter Resource Group, LLC toll-free at (866) 796-8377, extension 1411. Calls to or from Synter Resource Group, LLC are recorded and also monitored.

Unless you, within thirty days after receipt of this notice, dispute the validity of this debt, or any portion thereof, this debt will be assumed to be valid by this office. If you notify this office in writing within the thirty-day period that this debt, or any portion thereof, is disputed, this office will obtain verification of this debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this office. Upon your written request within the thirty-day period, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

### Note: See Reverse Side for Important Information

- - - - - - - - - - - - - - PLEASE TEAR ALONG PERFORATION AND RETURN BOTTOM PORTION WITH YOUR PAYMENT - - - - - - - - - - - - - -

## INVOICE PAYMENT VOUCHER

**ASA CROSS**

| OUR FILE NUMBER | BALANCE DUE | PAYMENT AMOUNT |
|---|---|---|
| 9656 | $ 1,065.36 USD | |

### MAIL PAYMENT TO:

January 9, 2017

**ORIGINAL CREDITOR:**  FedEx Freight / FedEx Corporate Services, Inc.

**CUSTOMER ACCOUNT:**  2183

SYNTER RESOURCE GROUP, LLC
PO BOX 63247
NORTH CHARLESTON SC  29419-3247

Contact us at (866) 796-8377 with any questions.

64290-11953-FX3-106536

**FedEx** Freight

## DUPLICATE INVOICE

FXFE  ECONOMY

| | |
|---|---|
| Freight Bill Number | ███7724 |
| Ship Date / Invoice Date | 05/06/2016 / 05/12/2016 |
| Bill of Lading Number | |
| P.O. Number | |
| Shipper Reference Number | |
| I/L PRO Number | |
| Terms | PREPAID |
| Origin / Destination | MCN / RCH |
| Total Amount Due | 1,065.36 |
| Payment Due Date | 05/27/2016 |

Send payment to: DEPT CH PO BOX 10306 PALATINE IL 60055-0306
Direct Billing Inquiries to 2200 Forward Dr Harrison AR 72602-0840
EMAIL customersolutions@fedex.com     WEBSITE www.fedex.com
PHONE 870.741.9000   FAX 870.365.4354   TOLL-FREE 866.393.4585

**Shipper**
ASA CROSS
████████████

**Consignee**
ANA INSTRUMENTS
████ WILL LOOP
KING GEORGE VA 22485-4952

**Bill To / Payment Due From**
ASA CROSS
████████████

Account# ███2183

| PIECES | PALLETS | HM | DESCRIPTION | WT(LBS) | NMFC | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | USED TEST EQUIPMENT AL LANDINO *FXF EZONE01/04/16    LD 13117 017682 FUEL SURCHG LTL SHPT 19.90% 1-EZONE-FXF-1 | 600 | | 077 | 148.090 | 888.54 176.82 |
| | | | ········ Invoicing Summary ········ Original Invoice Amount Less Amount Paid Less Freight Bill Adjustments | | | | | 1,065.36 |
| 1 | | | Totals / Amount Due by (05/27/2016) | 600 | | | | 1,065.36 |

Rate Tariff : 1-EZONE-FXF

---

**FedEx** Freight

**Remittance Advice**
**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**
Payment Due From Account # ███2183

Send to: DEPT CH PO BOX 10306
PALATINE IL 60055-0306

FXF

#BWNFZGZ
ASA CROSS
████████████

☐ **Address change?** Please check the appropriate box and fill out the information on the reverse side of this form.



| | |
|---|---|
| FREIGHT BILL NUMBER | ███7724 |
| SHIP DATE/ INVOICE DATE | 05/06/2016 / 05/12/2016 |
| TERMS | PREPAID |
| PAYMENT DUE DATE | 05/27/2016 |
| PLEASE PAY THIS AMOUNT | 1,065.36 |

**Thank You!**

2017 6