

PLAINTIFF'S EXHIBIT 5kb
K
Church 5-11-18
PENGAD 800-631-6989

nje 11/08/16  4:07  lr #1401 et LTR1401 index 644165123 1
nje 11/08/16  9:01  ls #1401
nje 11/11/16  6:55P GCN: Called 11082016 9:27:00 AM ▆▆▆0472 call canceled.
nje 11/11/16  6:55P 3021 UAM COMPLETE enDI MINGCNRF
nje 11/11/16  6:55P 3021 UAM COMPLETE enDI MINGCNRF
nje 11/11/16  7:08P GCN: Called 11102016 9:41:14 AM ▆▆▆0472 call canceled.
nje 11/11/16  7:08P 3021 UAM COMPLETE enDI MINGCNRF
nje 11/17/16  9:27P GCN: Called 11172016 9:45:27 AM ▆▆▆0472 call canceled.
nje 11/17/16  9:27P 3021 UAM COMPLETE enDI MINGCNRF
nje 11/21/16  9:16P GCN: Called 11212016 9:33:52 AM ▆▆▆0472 call canceled.
nje 11/21/16  9:16P 3021 UAM COMPLETE enDI MINGCNRF
DNS 12/05/16  5:01P Ph:▆▆▆0472 RCH VM// LVM ADV CB TO DISCUSS PD
DNS 12/05/16  5:01P INVOICE(S)
DNS 12/05/16  5:01P 3400 CUST CALL BACK - AM
nje 12/08/16  3:44  lr #1401 et LTR14012 index 650847045 1
nje 12/08/16  9:00  ls #1401
DNS 12/23/16  4:20P Ph:▆▆▆0472 RCH VM// LVM ADV CB TO DISCUSS PD
DNS 12/23/16  4:20P INVOICE(S)
DNS 12/23/16  4:20P 3400 CUST CALL BACK - AM
JJC 01/01/17  9:09  Unassigned
nje 01/07/17  3:19  lr #1401 et LTR14013 index 656484102 1
nje 01/09/17  9:01  ls #1401
RAS 01/17/17  1:14P T ▆▆▆0472 RCHED W2 VM LFT ZORTMAN
RAS 01/17/17  1:14P Debtor phone flag changed from   to G
RAS 01/17/17  1:15P 3400 CUST CALL BACK - AM
RAS 01/25/17  2:52P T ▆▆▆0472 RCHED W2 VM LFT ZORTMAN
RAS 01/25/17  2:52P 3400 CUST CALL BACK - AM
nje 02/05/17  3:12  Account closed. Time period to service account is complete.
nje 02/05/17  3:12  et 900007 index 661604334