**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

ASA CROSS,                                  :
     Plaintiff,                          :
                               :
v.                                          :     Case No. 5:17-cv-00446-MTT
                               :
                               :
SYNTER RESOURCE GROUP, LLC:
     Defendant.                          :

**Plaintiff's Response to Defendant's Rule 56 Statement of Facts Not in Dispute**

Asa Cross, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 56 and L.R. 56, submits this Response to Defendant's Statement of Facts Not in Dispute in Support of Defendant's Motion for Summary Judgment:

1.     Undisputed. Plaintiff notes this statement does not comply with LR 56.

2.     Undisputed. Plaintiff notes this statement does not comply with LR 56.

3.     Undisputed.

4.     Undisputed.

5.     Undisputed.

6.     Undisputed.

7.     Disputed. Plaintiff sold several pieces of equipment to ANA Instruments but disputes the equipment sold constituted "most of the equipment." Deposition of Asa Cross 21:9-18.

8.    Undisputed.

9.    Undisputed.

10.    Undisputed.

11.    Undisputed.

12.    Disputed. The power supply referenced in the statement was listed on eBay prior to the transaction referenced in the statement and thus the statement mischaracterizes the sequence of events. Plaintiff does not dispute the power supply was purchased after ANA Instruments purchased other equipment. See Cross 38:6-13.

13.    Undisputed.

14.    Undisputed.

15.    Undisputed.

16.    Undisputed.

17.    Undisputed.

Submitted October 1, 2018.

**DANIELS LAW LLC**

/s/Ronald Edward Daniels
RONALD EDWARD DANIELS
Georgia Bar No.: 540854
Counsel for Plaintiff

P.O. BOX 4939
Eastman, GA 31023
478.227.7331 (t)

478.352.0173 (f)
ron@dlawllc.com
rondanielslaw.com

/s/ Clifford Carlson
Clifford Carlson
Georgia Bar No. 227503

Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
Tel. 478-254-1018
cc@cliffcarlsonlaw.com