| | | |
|---|---|---|
| ASA CROSS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:17-cv-00446-MTT |
| | : | |
| | : | |
| SYNTER RESOURCE GROUP, LLC | : | |
| Defendant. | : | |

## Plaintiff's Statement of Material Facts to Which There Exists a Genuine Dispute to be Tried

Asa Cross, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 56 and L.R. 56, submits this Statement of Material Facts to Which There Exists a Genuine Dispute to be Tried in Response to Defendant's Motion for Summary Judgment:

1. Plaintiff is a natural person residing in Warner Robins, Georgia. Deposition of Asa Cross ("Cross") 6:15-25.

2. Plaintiff obtained several pieces of testing equipment from the trash dumpster outside of his former employer. Cross 12:10-17; 13:13-24; 17:3-7.

3. Plaintiff used the testing equipment for his personal use including building "little race cars." Cross 14:2-24.

4. Plaintiff listed some of the testing equipment on eBay. Cross 34:9-21.

5. Plaintiff retained several pieces of testing equipment for his own personal use. Cross 38:14-21.

6. FedEx never provided any information to Synter indicating the account was a "commercial" account. Church 17:6-18:14; 18:21-19:17.

7. Synter has no way of keeping track whether an account is a commercial debt or consumer debt. Church 18:15-23.

8. Synter determined the account was commercial based on what was shipped and the weight and not any other facts. Church 106:24-107:4.

9. When FedEx placed the debt with Synter it did not list Plaintiff as a company or corporation. Church 81:6-21.15.

10. Plaintiff did not have a business account with eBay. Cross 65:21-66:7.

11. Synter is a debt collector as defined by 15 U.S.C. § 1692a(6). Defendant's Answer ECF Doc. No. 5 at ¶ 9 on P. 2.

11. Plaintiff does not run a business. *See* ECF Doc. No. 15-2 at 7.

12. Synter treated the debt at issue as a consumer debt in all but one attempt to collect the debt. ECF Doc No. 15-8 pp. 13-17.

13. Plaintiff did not have a commercial account with FedEx. ECF Doc. No. 15-8 at pp. 18-19.

1873-0037

14.     FedEx performed a service for Plaintiff. ECF Doc. No. 15-8 at pp. 18-19.

15.     The service provided by FedEx to Plaintiff was for Plaintiff's personal benefit and not for Plaintiff's employer or any business. ECF Doc. No. 15-8 at pp. 18-19.

Submitted October 1, 2018.

**DANIELS LAW LLC**

/s/Ronald Edward Daniels
RONALD EDWARD DANIELS
Georgia Bar No.: 540854
Counsel for Plaintiff

P.O. BOX 4939
Eastman, GA 31023
478.227.7331 (t)
478.352.0173 (f)
ron@dlawllc.com
rondanielslaw.com

/s/ Clifford Carlson
Clifford Carlson
Georgia Bar No. 227503

Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
Tel. 478-254-1018
cc@cliffcarlsonlaw.com